پرویز کریم پناهی

**PARVIZ KARIM-PANAHI**
*(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)*
e-mail: *karimpanahip@gmail.com*,
4105 Mitscher Ct, Kensington MD 20895
Tel./cellular: (949) 275-2955/ 355-5074
in *pro-se*

Case: 1:17-cv-00605        **JURY DEMAND**
Assigned To : Chutkan, Tanya S.
Assign. Date : 4/5/2017
Description: Pro Se Gen. Civ.        **(F-DECK)**

# UNITED STATES DISTRICT COURT
## District of Columbia
*(333 Constitution Avenue, N.W., Washington DC 20001)*

Parviz KARIM-PANAHI, Plaintiff;
    -Vs.-
    *GROUP-I-:*
4000 MASSACHUSETTS Apartments;
POLINGER Company;
Petrine SQUIRES; Roslyn BRISBOE.
    *GROUP-II-:*
CHESAPEAKE & SARATOGA Apartments;
HORNING BROTHERS Company;
Joe HORNING JR.
Susan McQUADE;
    *GROUP-III-:*
KENMORE APARTMENTS;
BOZZUTO Company;
Christopher HOLDING.
    *GROUP-IV-*
3003 VAN NESS APARTMENTS;
Equity Residential Management, L.L.C.;
Avis DuVALL.
    *GROUP-V-*
MOUNT VERNON PLAZA Apartments;
Mount Vernon Plaza Associates LLP;
Elaine THOMAS.
    *GROUP-VI-*
BERKSHIRE Apartments #20559;
Jerald BOWMAN;
GABLES RESIDENTIAL;
    *GROUP-VII-*
Other landlords.
    *GROUP-VIII-*
CoreLogic Rental Property Solutions;
RentGrow Inc./ aka Yardi System;
Kroll Factual Data; Equifax;
TransUnion Consumer Relations;
Experian Information Services;
              Defendants.

**RECEIVED**

**DEC 2 9 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**CIVIL & CRIMINAL COMPLAINT**
For
**DAMAGES and ORDERS of
INJUNCTION & RESTRAINING**
For:
**Defendants' Conspiracies To Violate
Civil-Human-Constitutional Rights,
Red-Lining To Prevent-Deny Housing
To Low-Income, with Public-Source of
Income, Elderly-Seniors To Move in
DC NW Areas;
Torture, Terrorism, Forcing
Homelessness with threats of Death;
Discrimination-Retaliation for
Opposition To & Whistle-Blowing on
Corporate-Governmental Corruptions,
Defrauding Public-Funds, and
AGE DISCRIMINATION, .....**

**"REQUEST JURY TRIAL"**

RE: 1:16-
mc-02533
submitted: 11/09/2016

*-/ Caption -/*
*(Parviz Karim-Panahi -v.- Landlords/ Apartment Property Managers, et a*

*Defendants Address/ with some*
*Service of Process Agent's addresses:*
*(as indicated by D.C. Corporations Office)*

## GROUP-I-
**4000MASSACHUSETTS Apartments; &**
**Roslyn BRISBOE, property manager;**

4000 Massachusetts Ave., NW
Washington, DC 20016
leasingoffice@4000massaveapts.net,
Tel: (202) 362-9800/ Fax: -1008
\*\*\*
**POLINGER Company;**
and
**Petrine SQUIRE, senior Vice President:**

5530 Wisconsin Ave., suite 1000
Chevy Chase, MD 20815
Tel.: (301) 657-3600/ Fax:  986-0533
www.polingerco.com
\*\*

*Service of Process Agent's address:*
GYFB UNC.
1200 New Hampshire Avenue, NW
Suite 555
Washington, DC 20036

## GROUP-II-
**CHESAPEAKE-Saratoga Apartments.; &**
**Susan McQUADE, property manager; &**
**Landon BURRELL, leasing-consultant:**

4601 Connecticut Ave., NW
Washington, DC 20008
Tel.: (202) 244-9600/ Fax: -4774

\*\*\*
**HORNING BROTHERS, LP:**

3333 14th Street NW, suite 300
Washington DC 20010
Tel.: (202) 659-0700/ Fax: -9489

## GROUP-III-
**The KENMORE APARTMENTS; and**
**Christopher HOLDING, property mgr;**

5415 Connecticut Ave., NW
Washington, DC 20015
Tel.: (202) 363-8000/ Fax: -8110
\*\*\*
**BOZZUTO MANAGEMENT Company**
130 M. Street, NE
Washington, DC 20002
Tel.: (202) 682-2787/ Fax: -

*Service of Process Agent's address:*
C T CORPORATION
1015 15TH St. NW, Suite 1000
Washington, DC 20005
CT-StateCommunications@wolterskluwer.com,

## GROUP-IV-
**3003 VAN NESS APARTMENTS; and**
**Equity Residential Management, L.L.C.;**
**Avis DuVALL property manager;**

3003 Van Ness Ave., NW,
Washington, DC 20008
Tel.: (202) 244-7811/ Fax: -1881

## GROUP-V-
**MOUNT VERNON PLAZA Apartments;**
**&**
**Elain THOMAS,**
**930 M Street, NW**
**Washington, DC 20001**
**Tel.: (202) 842-3716/ Fax: -1793**
\*\*\*
**Mount Vernon Plaza Associates, L.L.P.**
**and W.H.H. Trice & Co.**
4020 Ironbound Rd, Suite 300
Williamsburg, VA 23188
Tel.: (757) 220-2874/ Fax: -

## *GROUP-VI-*
### *Credit Reporting Agencies:*

\*\*\*

**CoreLogic Rental Property Solutions, LLC**
**Consumer Relations Department**
**P.O. Box 509124**
**San Diego, CA 92150**
**Tel.: (888) 333-2413**
\*\*\*

### *Service of Process Agent's address:*
**CORPORATION SEVICE COMPANY**
　　**1090 Vermont Ave., NW**
　　**Washington, DC 20005**
　　**info@cscglobal.com,**


\*\*\*

**RentGrow Inc./dba Yardi Resident Screening**
**307 Waiverly Oaks Rd., Ste 301**
**Waltham, MA 02452**
**Tel.: (800) 736-8476  x2**


### *Service of Process Agent's address:*
**PRENTICE-HALL CORPORATION**
　　　　　**SYSTEM, INC.**
　　**1090 Vermont Ave., NW**
　　**Washington, DC 20005**
　　**info@cscglobal.com,**


\*\*\*

**KROLL FACTAUL DATA**
**5200 Hans Peak Drive**
**Loveland, CO 80538**
**Tel.: (800) 929-3400/ (970) 663-5700**
\*\*\*

### *Service of Process Agent's address:*
**CORPORATION SEVICE COMPANY**
　　**1090 Vermont Ave., NW**
　　**Washington, DC 20005**
　　**info@cscglobal.com,**


\*\*\*

**TransUnion Consumer Relations**
**P.O. Box 1000**
**Chester, PA 19016-1000**
**Tel.: (800) 916-8800**
\*\*\*

### *Service of Process Agent's address:*
**CORPORATION SEVICE COMPANY**
　　**1090 Vermont Ave., NW**
　　**Washington, DC 20005**
　　**info@cscglobal.com,**


\*\*\*

**Experian:**
**Experian National Consumer Assistance**
**Center, PMB 2104**
**Allen, Texas 75013-2104**
**Tel.: (888) 397-3742/ Fax: -**
\*\*\*

### *Service of Process Agent's address:*
**CORPORATION SEVICE COMPANY**
　　**1090 Vermont Ave., NW**
　　**Washington, DC 20005**
　　**info@cscglobal.com,**

# -I-
## *NATURE OF ACTION:*

1- This is a *"Civil & Criminal Complaint"* for immediate emergency Restraining and Injunction ORDERS, providing protection, place to live, declaratory judgment, and judgment for damages, including punitive damages for the "Civil Causes of Action" in the favor of aggrieved/ Plaintiff; and referral to US-DOJ for criminal prosecution.

2- Defendants individually and collectively in conspiracy and collaboration with each other and/or certain political-religious agencies/ officials, in Washington, District of Columbia, by abusing their economic powers, apartment building ownership, rental properties management, manipulations fabricating bad credit, in violation of Fair Housing Act and/or D.C. Official Code, without any economic-business justification, discriminated, retaliated and violated Plaintiff's Civil-Human-Constitutional rights, first amendment right of petitioning government for redress of grievances, black-listed and repeatedly denied renting apartment from their thousands apartment units, created Red-Lining to prevent Low-Income families and those with governmental source of income (as HUD Section-8 Voucher rental subsidies), and/or elderly-seniors to reside in North Western areas of the District of Columbia.

3- Defendants intentionally by terrorism-tortures-torments (physical-mental-emotional-psychological-financial), elderly-abuse, without any Plaintiff's hostile act subjected him to homelessness, under circumstances possibility of murder; for Plaintiff's opposition to corruption, whistle-blowing on Corporate-Governmental officials' defrauding/ stealing public-funds, (as FEMA's, HUD's, etc.), filing legal actions with judiciary/ courts, and/or for his Age, national-origin/Iranian, race/ Middle-Eastern Iranian, religion/ Muslim.

4- In the Defendants' repeated ADVERS-ACTION Letters DENYING renting an apartment to plaintiff, fabricate and claim:
    *"High level of Judgements or Suit(s)"*;    -*"Insufficient Income to Support Rent"*;
    -*"No Credit Experience"*; and      -*"Too many inquiries"*.
consider petitioning Judiciary-Courts for redress of grievance, (not using Gun To Kill), having no debts, (labeled 'no credit history'), justify violation of statutes, to deny civil-human-constitutional rights, to retaliate, punish and deny renting housing, to destroy plaintiff.

## -II- *PARTIES:*

a)- *Plaintiff/ Aggrieved*:

**5**- Plaintiff/ Aggrieved, PARVIZ KARIM-PANAHI, is a 78-years old Elderly-Senior, born November 09, 1938, in Tehran, Iran in a Muslim family, with national-origin/ Iranian, religion/ Muslim, race/ Middle-Easterner, personally and professionally against and opposed to corruption and defrauding-stealing from public-funds, (USA's, International and/or Iranians'), who for 50 years/ since January 10, 1967 has been living in USA.

**6**- With the hope to master a profession, establish career, earn decent living, pursue happiness, raise family, be constructive to help humanity, society, family, nation and country, with hard work Plaintiff with his family and country heavily invested on educations and profession, (copies attached), as:

- ♦  Elementary and High School Diploma, 12 years; and
- ♦  "MASTER of SCIENCE in CIVIL ENGINEERING" Degree, Technical Faculty, University of Tehran, Tehran, Iran, 1961; and
- ♦  "MASTER Of SCIENCE IN ENGINEERING" Degree, (major Geotechnical, minor Transportation), University of California, at Berkeley, USA, 1967; and
- ♦  Post-Graduate "CIVIL ENGINEER" / (Eq. Dr. Eng.), Degree, (major, Transportation & Traffic; minor, Operation Research), New York University, New York City, USA, 1972; and
- ♦  "PROFESSIONAL ENGINEER/PE", University of the State of New York, from 1974;
- ♦  "REGISTERED CIVIL ENGINEER/PE-RCE", State of California, from 1981; and
- ♦  Real Estate, laws, University of California Los Angeles, UCLA-Extension, 1981;
- ♦  "Real Estate Broker License", State of California, since 1983; and
- ♦  Membership in Professional Societies.
- ♦  Legal studies and forced actual legal practice, (as *pro-se*). ♦ And many more.

**7**- At the time that Plaintiff earned above university degrees, educations, professions not many post-graduates engineers/ scientist existed in whole USA /or Iran; the whole world, USA and Iran were/are in dire needs of his educations and professions, (still USA officials use numerous incentives that U.S. students to finish High-School or get GED).

**8**- Because Plaintiff performing his professional-personal duties, opposed, whistle-blow and filed legal actions against certain Corporate-Governmental officials and their allies' corruptions, who as Mafia were defrauding/ stealing from public-funds, and for decades were using/ abusing IRS, California Franchise Tax Board, and other agencies, at every opportunity he has been subjected to their discriminations, retaliations, black-listings, and denied constitutional-civil-human rights. //

b)- *Defendants/ Respondents*:

9- Defendants/ Respondents, assorted conglomerate of landlords, property management companies, and those under their commands, as property managers/ agents/ staff/ consultants, and/or credit reporting agencies, who by personal meetings and/or search of credit and legal actions, who committed alleged conspiracies/ violations had actual and/or constructive knowledge of Plaintiff's national-origin, race, religion, age, to create terror-horror, intentionally are forcing people to resolve their grievances, not by laws/ judiciary/ courts, but by violence.

10- As pretext and for show, Defendants landlords/ property-management companies have stationed in their receptionist, front-desks and/or Leasing Offices minorities employees/ staff/ consultants, (as African-Americans, Blacks, etc.), to cover-up their illegal violating operations, red-lining, discriminations and retaliations; whereas
these employees/ staff/ consultants have no policy making powers, only execute policies.

11- By knowledge of plaintiff's ethnicity and legal actions, the defendants with 'no legitimate business-economic justification or necessity', under directions, policies and/or orders of the defendants landlords/ corporate officials, acting more as elements of Organized-Crime Racketeer-Influenced/ RICO Syndicates rather than officers of honest legitimate rental-housing-providers or real estate business entities, had/ have no intention/ mentality/ devotion to implement statutes, Fair Housing Act, refrain from creating Red-Lining, use HUD's Section -8 Voucher rent subsidies to provide rental housing to eliminate homelessness, housing shortage for low-income families and Elderly-Seniors, but openly/ covertly collaboratively conspired in coordinated operations committing their violations.

12- All the defendants housing providers in WDC North Western/ NW areas, by owners'/ managements' manipulation of rent, forcing to pay high non-refundable fees, (application fees and amenities fees, and utilities payments, etc., while already their high rent is based on providing amenities), prevent from applying the low-income families, elderly-seniors and/or those with Governmental Source of Income (as SSA/ SSI and/or HUD Section -8 rent subsidies, who lose high percentage), not qualified, and/or their applications not approved.

1    **- Defendants Housing Providers,** Landlords/ Property Management Companies of

2    this legal action, at the time of filing the legal action, as named provided in caption, are:

3             i)- *4000MASSACHUSET APARTMENTS;*

4                 *POLINGER Company Property-Manager:*

5

6             **13-** 4000 MASSACHUSET APARTMENTS, located at 4000 Massachusetts Ave.,

7    NW, Washington, DC 20016, is a rental apartment building with more than 900 apartment

8    units, built in 1930's, managed by POLINGER Company/ (aka Polinger Shannon & Luchs),

9    a real estate company, which in their website claim managing more than 5,000 multi-family

10   units and more than 5 million square feet commercial real estate; with

11           -Petrine M. SQUIRE, senior Vice President and General Manager; Roslyn BRISBOI,

12   property manager; and Marquita WIGGINS, Leasing-Consultant, (African-American

13   terminated).   The owners/ Landlords' identity not provided/ available.

14           **14-** POLINGER/ 4000 MASSACHUSETTS together with certain other

15   defendants use  CoreLogic Rental Property Solutions LLC (as credit reporting) to screen,

16   illegally discriminate and deny applicants renting apartments with 'Governmental Source of

17   Income', as HUD Section-8 Voucher rent subsidies, violate Fair Housing Act, and red-lining.

18   //

19           ii)- *CHESAPEAKE & SARATOGA APARTMENTS;*

20               *HORNING BROTHERS Owners/ Property-Managers:*

21           **15-** CHESAPEAKE & SARATOGA APARTMENTS, located at

22   4607 Connecticut Ave, NW, Washington, DC 20008, are two adjacent/ attached rental

23   apartments buildings, each with more than 600 apartment units, built in 1940's;

24   the property is owned and managed by HORNING BROTHES, with Susan McQUADE

25   Property Manager; and Landan BURRELL senior Leasing-consultant, (African American).

26           **16-** HORNING BROTHES is a privately owned real estate company, owning

27   several commercial and residential apartment buildings in Maryland, and at least thirteen

28   Apartment buildings, (in addition to Saratoga and Chesapeake), in Washington D.C.

29   metropolitan area, with more than several thousand apartment units, as:

30

1

| | | |
|---|---|---|
| **The Arbor Apartments**<br>3230 and 3232 7th St. NE<br>Washington, DC 20017 | **Claypoole Courts Apartments**<br>1445 Fairmont St. NW<br>Washington, DC 20009 | **The Pentacle Apartments**<br>444 16th Sreet NE<br>Washington, DC 20002 |
| **Azeeze Bates Apartments**<br>1507 Benning Rd. NE<br>Washington, DC 20002 | **Franklin Commons Apts**<br>101 Franklin St. NE<br>Washington, DC 20008 | **Riverbend Apartments**<br>3313 C St. SE<br>Washington, DC 20019 |
| **Benning Woods Apartments**<br>4040 E. Capitol St. NE<br>Washington, DC 20019 | **Geno Baroni Apartments**<br>1414 V St. NW<br>Washington, DC 20009 | **Stoneridge Apartments**<br>324 Anacostia Rd. SE<br>Washington, DC 20019 |
| **The Chesapeake Apartments**<br>4607 Connecticut Ave. NW<br>Washington, DC 20008 | **Morris Road Apartments**<br>1360 & 1362 Morris Rd. SE<br>Washington, DC 20020 | |

**17-** As would be set forth and alleged, all of the Horning Brothers apartment buildings, which are in lower economic areas of Washington, District of Columbia,  have been accepting HUD Section -8- Vouchers; but the SARATOGA and CHESAPEAKE in the WDC North Western/ NW areas have had non, until Plaintiff applied and demanded acceptance of Section-8 Voucher rent subsidies.

-some of the defendants rental application even do not indicate which company is being applied to.

**18- HORNING BROTHERS/ CHESAPEAKE-SARATOG** with affiliates use 'RentGrow, Inc.', 'dba: Yardi Rental Screening' as a means to discriminate, deny applicants with 'Governmental Source of Income', HUD Section-8 Voucher rent subsidies, or deny Fair Housing and/or red-lining.

//

1
2

*iii)- KENMORE APARTMENTS;*
    *BOZZUTO Owner/ Property-Manager:*

3      19- KENMORE APARTMENTS rental apartment building is located at

4   5415 Connecticut Ave., NW, Washington, DC 20015, with more than 600 units, built in

5   1940's; property is managed by BOZZUTO; Christopher HOLDING, Property Manager.

6      20- According to BOZZUTO website, presently Bozzuto own and/ or manages

7   at least 36 rental apartment buildings in the District of Columbia and growing;

8      -12 of the apartment buildings are Brand-New, (but refuse to provide their ADU's lists

9   and/or make waiting-list to applicants, as plaintiff), as listed below:

*Newseum Residences*
565 Pennsylvania Ave NW,
Washington, DC
866.416.5962

*Monroe Street Market*
625 Monroe St. NE,
Washington DC
877.237.6961
Brand New

*Cathedral Commons*
3401 Idaho Ave NW,
 Washington, DC
877.878.3398
Brand New

*City Market at O Street*
800 P St. NW,
Washington, DC
888.451.6317
Brand New

*Takoma Central*
235 Carroll St NW,
 Washington, DC
888.475.9383
Brand New

*77 H*
77 H Street, NW,
Washington, DC
877.813.2628
Brand New

*Residences on The Avenue*
2221 I Street NW,
Washington, DC
888.554.1089
Brand New

*3333 Wisconsin*
3333 Wisconsin Avenue, NW,
Washington, DC
855.300.1993

*3801 Connecticut Avenue*
3801 Connecticut Ave NW,
Washington, DC
888.487.7236
*5333 Connecticut*
5333 Connecticut Avenue,
Washington, DC
877.635.2421
Brand New

*7th Flats*
1825 7th Street, NW,
 Washington, DC
888.814.6267
Brand New

*Allegro*
3460 14th Street, NW,
Washington, DC
888.543.2973

*Capitol Yards*
100 I Street, SE,
Washington, DC
888.301.9204

*Carver 2000 Senior Mansion*
4800 East Capitol Street NE,
Washington, DC
202.388.5252

*District*
1401 S Street NW, Washington, DC
866.595.9806
Brand New

*Elevation at Washington Gateway*
100 Florida Avenue, NE,
Washington, DC
888.835.4812
Brand New

*Flats 130 at Constitution Square*
130-140 M St, NE, Washington DC
888.226.9116

*Hodge on 7th*
1490 7th Street NW,
Washington, DC
202.888.0283
New apartments

Insignia on M
1111 New Jersey Avenue SE,
Washington, DC

*Joule*
Half Street SE,
 Washington, DC

7/

*Lotus Square*
800 Kenilworth Avenue NE,
Washington, DC
202.388.3901

*Onyx on First*
1100 First Street, SE,
Washington, DC
888.314.8987

*Rhode Island Row*
2300 Washington Place NE,
Washington, DC
888.775.8077
Brand New

*Senate Square*
201 I Street NE,
Washington, DC
844.521.1890

*The Apartments at CityCenter*
825 10th Street, NW,
Washington, DCz
888.928.8553
Brand New

,

*The Apollo*
600 H Street, NW
Washington, DC
844.373.9842
Brand New

*The Ellington*
1301 U Street NW,
Washington, DC
866.501.0933

*The Grays on Pennsylvania*
2323 Pennsylvania Avenue SE,
Washington, DC
888.412.7129

*The Hecht Warehouse at Ivy City*
1401 New York Avenue, NE,
Washington, DC
888.300.1209

*The Hepburn*
1901 Connecticut Avenue, NW,
Washington, DC
866.797.1449

*The Kenmore*
5415 Connecticut Ave NW,
Washington, DC
888.375.8205

*The Lexington at Market Square*
400 8th Street, NW,
Washington, DC
888.296.8969

*The Loree Grand at Union Place*
250 K Street NE,
Washington, DC
888.380.4008

*The Woodley*
2700 Woodley Road NW,
Washington, DC
202.888.2393
Brand New

*Willow & Maple*
6918 Willow Street, NW,
Washington, DC
888.290.4556
Brand New

*Yale West*
443 New York Ave NW,
Washington, DC
888.528.7148

1    21- Considering that each apartment building at least consists of about 200-
2    300 units, it means that BOZZUTO controls at least 10,000 apartment units; which
3        -BOZZUTO together with other defendant landlords, easily control, red-line and/or
4    black-list a tenant(s) from ever being able to rent an apartment in D.C. metropolitan area,
5    make him/her/ them homeless, (as committed against Plaintiff); which automatically scare/
6    prevent any complaint and/or legal action properly and diligently to be pursued.

7        22- Above was committed by BOZZUTO against plaintiff, that after plaintiff
8    was denied by KENMORE, also his effort to rent an ADU Apartment with 7th Flats, 1825 7th
9    Street, NW,  Washington, DC , (Brand New), bypassed and given to another applicant, etc.

10        23- In their collaborative conspiracy operations, BOZZUTO, CHESAPEAKE
11    and others use 'CoreLogic Rental Property Solutions LLC', with common criteria for
12    screening out, denying applicants with 'Governmental Source of Income', HUD Section-8
13    Vouchers, to retaliate, discriminate and/or black-list against any tenant as they conspire.//

1          *iv)- 3003 VAN NESS APPARTMENTS;*
2              *EQUITY-RESIDENTIAL Management, L.L.C.:*

3        **24- 3003 VAN NESS APPARTMENTS**, is a rental apartment complex of

4  several rental apartment buildings, built in 1970's, located at **3003 Van Ness Ave., NW,**

5  **Washington, DC 20008;** the property is under Rent Control, (as most of other defendants

6  apartments), and managed by **EQUITY RESIUDENTIAL;** with Avis DuVALL property

7  manager,  and Julie JACKSON leasing-consultant, (Afr-Am).

8          **25-** EQUITY RESIDENTIAL manages numerous apartment buildings in

9  the USA, greater Washington Metropolitan Area, and in Washington, District of Columbia;

10       -Plaintiff became aware that under actual Equity Residential policy, none of their

11  apartment buildings in Washington, D.C. North Western/ NW areas have tenants who use

12  HUD Section -8 Voucher rent subsidy, governmental source of income.

13          **26-** As would be set forth and alleged, by devising "rent-Concession" the Equity

14  Residential Management LLC / 3003 VAN NESS created another method to discriminate,

15  prevent and to keep out the low-income families with 'Governmental Source of Income', HUD

16  Section-8 Voucher rent subsidies out of their apartments and NW areas.

17          **27-** 3003 VAN NESS uses Kroll Factual Data/ FACTAUL DATA NATIONAL -
18  EQUITY RESIDENTIAL to screen-out and deny/ discriminate against applicants/ plaintiff.
19  //

20          *v)- **Mount Vernon Plaza Apartments & Townhomes;***
21            *Mount Vernon Plaza Associates, L.L.P./ owner:*
22         **28-** Mount Vernon Plaza Apartments & Townhomes, built in 1940's, is located

23  at **930 M Street, NW, Washington, DC 20001,** is a rental apartment building with

24  several hundred apartment units, (with attached condominium rows in M street).

25       -building is owned and managed by: **Mount Vernon Plaza Associates, L.L.P.** and

26  **W.H.H. Trice & Co.,** with Alain **THOMAS**    the property manager.

27       -In their brochure the Mount Vernon Plaza Apartments fraudulently advertise that:

28  "Housing Choice Vouchers Welcome", only to attract more applicants.

29       -Mount Vernon Plaza also uses 'CoreLogic Rental Property Solutions LLC', with

30  common criteria screening out, denying applicants with 'Governmental Source of Income',

31  HUD Section-8 Vouchers, retaliate/ discriminate/ black-list tenant as they conspire.//

32

*vi)- BERKSHIRE APPARTMENTS;*
   *GABLES RESIDENTIAL Management:*

29- BERKSHIRE APPARTMENTS #20559, is a rental apartment complex of several attached rental apartment buildings, built in 1940's, located at 4201 Massachusetts Ave., NW, Washington, DC 20016; the property is under rent control, (as most of other defendants apartments), and managed by GABLES RESIDENTIAL; with Jerald BOMAN property manager,  and Charita Huggins leasing-consultant, (Afr.-Am.).

-GABLES RESIDENTIAL also manages (/owns?) numerous apartment buildings all over the USA, and Washington, DC Metropolitan area.

30- GABLES RESIDENTIAL Application, despite laws that landlords/ property-management companies are not authorized to ask about applicants' citizenship and/or resident statues, (which are in jurisdiction of Federal governments/ authorities), but the application directly ask such question; additionally,

-the applications disregards the statutes of limitation forcing applicants to respond to questions disregarding whether the statute of limitation has passed or not.

31- GABLES RESIDENTIAL uses 'TransUnion Consumer Solutions' with common criteria with others screening out, denying applicants with 'Governmental Source of Income', HUD Section-8 Vouchers, retaliate/ discriminate/ black-list tenant as they conspire.

//

*vii)- Other Landlords/ Property Management Companies,  Directly*
*Overtly/ Covertly Participating in 'Red-Lining' in D.C. North-West Areas:*

32- Almost all of Landlords and/or Property Management companies which plaintiff contacted in North Western/ NW areas of Washington, District of Columbia, by manipulations, gimmicks, frauds, falsification, special offerings and/or by requiring very high amount of non-refundable application and amenity fees, which impose to lose high percentage of the low-income families monthly income, directly and/or covertly with conspiracies, individually and/or collectively participate in Red-Lining.

33- Some apartment buildings which Plaintiff visited but did not apply (for not losing money, also would not be able to prosecute all of them properly and diligently,

1  unless the responsible governmental agencies to perform their duties), are:

2        a- *AVA Van Ness Apartments,  2950 Van Ness St., NW, wdc 20008:*

3  managed by AVALON; Chelsea Royle Community Consultant/ Leasing-Agent;

4  requiring $500.00 Amenity-Fee, $75.00 (per person) Application-Fee, (while application do not

5  indicate which apartment building/ company is being applied to); and payment of utilities;

6        b- *PARK Van Ness Apartments,  4455 Connecticut Ave., NW, wdc 20008:*

7  waiving $600.00 + 2nd Month free rent (at least $1935.00)= $2,535.00, (but not for Sect-8);

8        c- *7th Flats Apartments,  1825 7th St., NW, wdc 20001:*

9  managed/ (owned?) by BOZZUTO, upon Kenmore Apartment Denial, removed application

10       d- *VAUGHAN PLACE Apartments,  3401 38th St., NW, wdc 20016;*

11  managed by CAPITAL PROPERTIES, Gaurau SINGH property manager, Gary William

12  leasing-agent, (African-American), which on 10/22/2016 signed application for Apt #301, with

13  $1,763.00 monthly rent, refuse to respond. And,

14       f- Many more, (not to lose fees, did not submit application).

15  //

16             *-viii)-  Defendants Screening/ Credit Companies:*

17       34- The so-called Credit-Reporting agencies used by the defendant are more as

18  Mafia-enforcers/ hit-men, that arbitrarily without in depth investigation accepting the hostile

19  atmosphere of discriminations, retaliations and black-listings imposed and fabricated during

20  each political-religious and/or repeated election-cycles over and over again,  (as presently

21  during 2016 Presidential election,  against:

22  Mexicans, Hispanics, Blacks/ African-Americans, Muslims, Iranians, and innocent families),

23  compile data which might be/are in pursuing political-religious policies, rather than true,

24  honest and actual facts.

25       -Credit Reporting agencies used by the defendants are:

26       a-  CoreLogic Rental Property Solutions LLC.;
27       b-  RentGrow Inc.  dba Yardi Resident Screening;
28       c-  Kroll Factual Data;
29  which claim have been using one of the followings majors:
30       d-  Experian Information Services; or
31       e-  Equifax Credit Information Services; or
32       f-  TransUnion Consumer Relations.
33  //
34

*(Parviz Karim-Panahi –v.-  Landlords/ Apartment Property Managers, et al)*

# -III-
## *Jurisdiction and Venue:*
### *a)- Under USA Laws/ Constitution*:

35- Jurisdiction of U.S. District Courts under USA Laws is invoked pursuant to:

a)- Violation of First Amendment to USA's Constitution, (Right To Petition Government for Redress of Grievances); and -Title 28 of United States Codes §1331 (existence of Federal question), 42 U.S.C. §§3601 et-seq., (Fair Housing Act), and 42 USC §§1981, 1983, 1985, 1986, et-seq. (Civil Rights Act), 18 USC §§1964-et-seq., (Racketeer Influenced & Corrupt Organizations Act), 18 U.S.C. §2340 (Tortures), that amount of damages are way over $75,000.00; and/or 28 U.S.C.§1343 (Civil Rights violations); §1332 (diversity of citizenship, plaintiff is a middle-easterner Iranian descend); 1357 (Injuries under Federal laws).

b)- Title 28 USC §§ 2201&2, pleading for the declaratory-judgment proceedings.

c)- Injunctive Relief as authorized by 41 U.S.C.§351(c)(2) and 42 U.S.C. §§ 1981, 1983, 1985, 1986, 2000e-et-seq., (Civil Rights Act), 42 U.S.C. §§3601 et-seq. (Fair Housing Act).

### *b)- Venue:*

36- The acts, violations, discriminations, retaliations, atrocities, tortures, and damages committed by Defendants are planned, designed, ordered, coordinated, implemented and executed intentionally in United States of America, in multi-districts as in the District of Columbia, the State of California, and others, all under jurisdiction of U.S.A.

-Venue of the United States District Courts for the District of Columbia is invoked under Title 28 USC §§ 1391, et-seq., (as well as D.C. Official Code), as all violations are originated, planned and committed in Washington District of Columbia.

### *c)- Incorporation of all Plaintiff's Legal Actions:*

37- Seeking administration of justice, assuming honest, decent and impartial judges under USA Constitution and Laws reside, Plaintiff has filed many legal actions in the past decades. If deemed necessary, invokes and incorporates all of his legal-actions, their facts and issues filed with the courts, not repeating at this time, as part of this legal action, (not to litigate herewith, but as evidence).

1     **38- _Legal Support/ Help Requested_:**

2     Plaintiff has prepared this legal action in _Pro-Se_ under uncivilized dehumanizing

3     atmosphere of horror, terrors, retaliations, discriminations, black-listing and denials of the

4     most basic human rights and needs, a place to live, imposed homelessness, by the Defendants.

5     -They are evidence and demonstrate how viciously and sadistically as Mad-Cow

6     maniacs, only for own benefits they have acted against Plaintiff, even retaliating for exercise of

7     his constitutional first amended rights, preventing properly and diligently to prosecute and

8     pay for his legal actions; while Plaintiff as a 78-years old elderly-senior has been trying to

9     establish and/or re-establish his  and family life.

10    Under imposed plaintiff circumstances, orders for assigning co-attorney(s) to

11    help Plaintiff is just and requested.

12    //

13    39- 40- ....

14    //

15

-IV-

## *OPERATIONS/ VIOLATIONS/ DISCRIMINATIONS/ RETALIATIONS COMMON TO ALL CAUSES OF ACTIONS:*

### *a)- FACTUAL BACKGROUND,*

#### *i)- 2003 Applying for HUD Section -8- Rent Subsidy in Washington D.C., Nation's Capital:*

41)- From 2003, under the imposed corporate-governmental operations, discriminations, retaliations, ....., (not subject of this legal action at the bar), with no income and lack of a place to live, as an elderly-senior, Plaintiff was forced to early retirement (at 62-years old) and file application with the District of Columbia Housing Authority/ DCHA for the U.S. Department of Housing and Urban Development/ HUD Section -8- Housing Choice Voucher Program/ HCVP rent subsidy.

#### *ii)- 2013, HUD Section -8- Rental Subsidy, Issued by: Orange County Housing Authority/ OCHA in California:*

42)- Finally from April 2013, (after 10-years under discriminations/ retaliations), HUD Section-8 HCVP rent subsidy was issued, not by the District of Columbia Housing Authority/ DCHA, but by Orange County Housing Authority/ OCHA, in California, (while providing loans and public funds to a well-connected landlord on the building was residing at).

43- Based on some factual knowledge, Plaintiff asked first from D.C. Mayor's office, then in California from the HUD Secretary and HUD's office of Inspector General to investigate and prevent certain landlords, property managers and their agents' operations to defraud HUD's federal public funds and retaliations, acknowledged as:

-Nos.: HL-2013-0250/ Dec.-14-2012 and 2016-AHFD-EXEC-02228 (some legal actions filed);

-in addition to political-religious and defrauding issues, (fabricated Tax Liens by California Franchise Tax Board, and previously by IRS, while he had no income), Plaintiff believes above are the cause of most of operations, discriminations and retaliations of present defendants, landlords and property management companies, (fabricated credit reports), protecting each other.//

### *iii)- May 2016, Porting-Out HUD Section -8- Rental Subsidy,*
### *from OCHA in California to DCHA:*

**44-** From <u>May 25, 2016</u>, based on the HUD's laws-regulations, Plaintiff requested that Orange County Housing Authority/ OCHA in California to Port-Out his HUD's Section -8- HCVP rental subsidy to the District of Columbia Housing Authority/ DCHA;  done.

**45-** On Friday <u>June 03, 2016</u>, District of Columbia Housing Authority/ DCHA issued a new HUD Section -8- Housing Choice Voucher rent subsidy; and provided DCHA Package with 'Request-Tenancy-Approval/ RTA' with other documents, to be prepared and signed by landlord and tenant to be submitted to DCHA for Inspection and approval;

-Defendants had knowledge that this Voucher expire in 6-months, (12/03/2016).

**46-** Each year, the DCHA Board of Commissioners sets the maximum voucher subsidy pay, called 'Payment Standard', (for each DC region), to be paid to housing-providers/ as defendants, set at 'fair market value' which is maximized housing assistance payments' in order to increase affordable housing to low poverty, minority and elderlies areas;

-for the FY2016 'Payment Standard' is set at: <u>$1,823.00</u> for one-/ 1-Bedroom.

**47-** During searches for renting an apartment in Washington, District of Columbia, Plaintiff observed/ witnessed that:

-as pretext to cover-up their discriminatory, retaliatory and Red-Lining policies, practically all, (except very few), owners/ landlords/ property management companies hire minorities, (African-Americans/ Blacks, or some other minorities), as leasing-agents, leasing-consultants, and/or property managers, whereas having no authority, but the decisions/ policies are made without their inputs, based on the hidden discriminatory/ red-lining agendas.

**48-** Also, whereas according to the 14 DCMR §§ 101, 106, 300-399, 'TENANCY is established by the landlord(s) act, not by the lease', but fraudulently defendants have been using Credit-Reporting agencies, to impose their discriminatory, retaliatory and red-lining policies, despite their original agreement to rent.

**49- 50-** ...//

**-V-**

*Defendants' Individual & Collective Operations/ Violations:*

*i)- 4000 MASSACHUSETTS AVE. APARTMENTS;*
*POLINGER Property Management company:*

51- From June 03, 2016, as soon as DCHA issued HUD Section-8 Housing Choice Vouchers/ HCVP, considering that Plaintiff had moved from Orange County, California to the Washington, District of Columbia, having no place to live, immediately and earnestly started search to locate a decent and safe place/ apartment to live.

52- On June 4, 2016, as advertised by 4000MASSACHUSETTS Apartment building, Plaintiff contacted Leasing Office, inquired availability of one-bedroom apartment, was shown apartment Unit-901 by Marquita WIGGINS leasing-Agent, (a young African-American), who indicated that one-bedroom unit is available for immediate occupancy.

53- Plaintiff was unaware that, Polinger, (as would be set forth, also other landlords/ property management companies too), had created red-lining in D.C. NW areas not to rent to minorities, low income applicants with 'Governmental Source of Income'/ HUD Section-8 rental subsidy, minorities and with plaintiff's national origin, race, religion, color;
-that with conspiracy thru different means, (including chosen credit reporting criteria), have secretly created 'Red-Lining' to keep away and prevent from allowing low-income families to move to the Washington, District of Columbia North-West/ NW areas.

54- On June 06, 2016, upon promise of immediate move-in by the leasing-agent, Plaintiff chose Apartment Unit #901, a One-Bedroom apartment with rental value of: $1,775.00 per month, (including utilities), within DCHA rental-standard payment for the area.

55- Plaintiff provided a copy of the HUD-DCHA Section -8 Voucher, (indicating that the rent would be subsidized by government funds, and its expiration date); but
-still was asked and forced to pay $70.00 (as non-refundable application fee), and $500.00 (as holding fee), which plaintiff paid two checks;
-before paying the $70.00 and $500.00, plaintiff was assured by the agent that he would be approved and move in immediately, (many apartments were vacant).

56- The high amount of application and initial holding fees from an applicant with HUD Section -8 Voucher, clearly indicated Red-Lining and the Polinger's/ landlords' lack of intention to rent, only defrauding/ milking low-income families and elderlies.

57- The Leasing-Agent, (Marquita), interested to have Plaintiff to move in ASAP and to finalize renting process, stating that your renting apartment unit #901 is assured, demanded that Plaintiff to provide Originals of DCHA Package, (Request Tenancy Approval/ RTA), to be filled, signed by both side, and immediately submitted to DCHA; that

-there was no need for Plaintiff to keep the package, so plaintiff did provide originals and stopped looking for any other apartment unit.

58- In few days, thru DCHA office, Plaintiff became aware that the Polinger/ property-management company, (after becoming knowledgeable of the Plaintiff's ethnicity, national-origin, race, religion, and legal actions to protect his rights), had ordered Marquita Wiggins to contact and ask the DCHA officials to guarantee in writing that HUD Section -8 would pay 100% of the rent as rental subsidy; knowing that DCHA could not legally provide such guarantee, intended as an excuse to deny Plaintiff the provisions of Fair Housing Act.

59- On 06/16/2016, Polinger leasing office had mailed an 'ADVERSE-ACTION' letter, DENIED renting the apartment, (mailed to plaintiff's address in Orange County, California, not received);

-in few days/ weeks Marquita WIGGINS, the leasing-agent was TERMINATED.

60- By July 2016, Polinger Senior Vice President, Petrine M. SQUIRES, upon Plaintiff verbal notice of intention of legal actions, contacted Plaintiff; and

-on 08/23/2016, e-mailed the Adverse-Action letter, (a copy attached as: A-1-), claiming issued based on a credit report provided by CoreLogic Safe-Rent agency.

61- On 08/24/2016, plaintiff contacted CoreLogic Safe-Rent, that refusing to e-mail the Credit-Report; then talked to Johnathan WERT, Supervisor I, Operations, who also despite providing all the IDs asked, refused to e-mail the credit report, forced plaintiff to send his picture ID (fraudulently collecting another document/ information), and forced to provide residence address of an acquaintance to be able to receive the Report, (did not e-mailed).

1    62- Pages 4 & 5 of the Credit-Report, based on which the application was

2    DENIED to rent (a copy attached as A-.... ), claimed:

3        -*"Insufficient-Income"*; and

4        -*"Tax Lien Information Found"*.

5        63- *"Insufficient-Income"* to rent, indicated and stemmed from fraudulent

6    operations of Property-Management/ Polinger that in order to prevent Plaintiff to rent, had

7    provided incomplete/ false information to credit company; indicated that

8        -all of $1,680.00 per month rent would be paid by Plaintiff, but not indicating that

9    plaintiff would pay maximum up to 30% of his gross-income (from SSA), and HUD Sention-8

10   rent subsidy would pay the rest, (if no income, would pay 100%).

11       64- Financial and credit institutions require that applicants to have yearly

12   income of 40 times of monthly rent, (40 x 1680.00 = $67,200.00 per year income);

13       -whereas HUD Section-8 rent subsidies would cover about &60,000.00 per year, but

14   because of Polinger fraudulent intentional lack of indication of HUD Section-8 rent subsidy

15   payments, automatically application would be Denied. Also,

16       65- -*"Tax Lien Information Found"*, Page 2 & 3 of the Credit-Report, (a copy

17   attached as A-.... ), list a number of Tax-Liens fraudulently filed by California Franchise Tax

18   Board; whereas the Social Security Administration/ SSA income reports indicate that Plaintiff

19   had $00.00 income for those years, and were filed because of political-religious retaliations.

20       66- Plaintiff had filed legal action (civil and criminal complaint) against the

21   California Franchise Tax Board officials (and governors' office), for removal of the Liens,

22   (which the Credit reporting agencies had information and reported those legal actions); but

23       -under prevalent religious-political and retaliatory operations of California government

24   officials against Plaintiff, which forced plaintiff to move to DC, (out of subject issues of this

25   legal action), have not been removed. Additionally,

26       67- While the HUD Section-8 Vouchers is subsidizing the rent, (because of

27   plaintiff's lack of income), the Ca-FTB liens have no adverse effect on the Polinger (and other

28   landlords) to receive rent; subsidies are directly deposited in Polinger account, guaranteed.

1       68- While, Polinger, (and all of other Defendants), contend obeying the Federal

2   Fair Housing Act and the D.C. laws, but by fraud they are achieving two goals:

3       -first, 'Red-Lining' and preventing to allowing applicants with governmental source of

4   income, low-income families on HUD section-8, other minorities, (African Americans, Blacks,

5   ....), and Elderlies with plaintiff's ethnicities, to move to North West areas; and

6       -second, collect high non-refundable Fees from Voucher holders who lack sufficient

7   income for daily living, whereas will be denied apartment unit anyway, only 'milked'.

8       69- In 09/00/ 2016, Ms. Petrine M. SQUIRE Vice President of Polinger

9   Company, fraudulently claiming intend to resolve the issue, asked plaintiff to contact DCHA

10  again and get a letter or in the Voucher to indicate exact amount plaintiff & DCHA would pay;

11      -on 09/13/2016 Plaintiff contacted DCHA supervisor, who by a letter indicated how

12  much at present income plaintiff would pay. But, still,

13      70- On 09/15/2016, Ms. Petrine M. SQUIRE, Polinger senior vice president

14  called and e-mailed to DCHA and Plaintiff that Polinger Company do not accept the new

15  confirmed Voucher, will not change Adverse-Action denying to rent apartment.

16      71- Since 06/06/2016, as set forth above and in the followings averments,

17  Polinger set precedent followed by other landlords/ property management companies;

18      -using above method in denying Fair Housing to the plaintiff,

19  Polinger/ 4000 Massachusetts Apartments, conspiratorially in collusion with other landlords/

20  property managements companies in Washington, D.C. North West/ NW areas, are

21  independently and directly/ indirectly defrauding, milking and Red-Lining low-income

22  families in their areas, tormenting, torturing, imposing homelessness, and exposing to violence,

23  even murder.

24  //

25

1
2

## ii)- *CHESAPEAK & SARATOGA APARTMENTS,*
## *HORNING BROTHERS, Landlords/ Property Managers:*

3   72- From 07/16/2016, unaware that most of landlords/ property management

4   firms in the North West/ NW areas of Washington District of Columbia, directly, openly

5   and/or covertly are in conspiracy Red-Lining to prevent low-income families and those with

6   governmental source of income to move to DC-NW areas, imposing ethnicity bias,

7   under his circumstances, looking for a place to live, Plaintiff contacted Leasing Office of

8   Chesapeake & Saratoga Apartments (adjacent together), at 4603-to-07 Connecticut Ave., NW,

9   Washington, DC 20008;  Owned and property managed by HORNING BROTHERS, which

10  were advertising, also posted 'For Lease' signs in the street on front of the building.

11  73- Plaintiff was given a tour by Landan BURRELL Senior Leasing-Consultant

12  (African descend), to vacant apartments #514, a one-bedroom, 740 SF, with $1,725.00 per

13  month rent including all utilities, except Electricity, in the Chesapeake Apartment Building,

14  (non was shown in Saratoga).

15  74- On 07/18/2016, Plaintiff first contacted and confirmed with DCHA

16  Supervisor, (Fatima Koroma), for approval, then upon approval informed the Chesapeake

17  leasing office for proceeding on Apartment #514, and submittal of DCHA package.

18  75- HORNING BROTHERS asked $75.00 application Fee, and another $550.00

19  called Facilities Fee, (both non-refundable), which plaintiff paid by two checks;

20  -Plaintiff mentioned unreasonable amount of 'Application Fee', and lack of justification

21  for 'Facility/ Amenity Fee', because the amount of rent is already based on providing the

22  facilities and amenities.

23  76- the Leasing Agent stated that all apartment buildings in the area are asking

24  the same or more; but,

25  -upon contacting PARK VAN NESS Apartment, one block away, a brand New-Luxury

26  Apartment building, (at 4455 Connecticut Ave., NW), he was given pamphlets indicating,

27  -application Fee of $50.00, with waived Amenities and Move-in Fees (of $300.00 +

28  $300.00 = $600.00), also with 2nd Month Rent free, so that for the lowest priced one-bedroom

1   with $1935.00 rent, a total amount of $600.00 + $1,935.00 = $2,535.00, (about $211.25 per

2   month discount), would be rebated, (making the leasing agents' statement untrue); again

3        -the reason that the above amount of $211.25 per month is not deducted from rent, is

4   conspiratorial "Red-Lining" and to keep those with governmental source of income not to be

5   qualified, preventing them to move to the DC-NW area.

6        77- On 07/19/2016, forced paying two checks (for $50.00 and $550.00) payable to

7   HORNING BROTHERS, plaintiff filled their Application; then

8        -DCHA Package was prepared and 'Request Tenancy Approval/ RTA' was signed, (by

9   Anthony S. Mack, (African descendant Leasing-agent), and plaintiff, which was submitted and

10   filed with DCHA for dispatching Inspector and approval so that plaintiff to move-in ASAP,

11   (a copy attached as A-.......).

12        78- From 08/03/2016, DCHA gave written and telephonic notices to the HORING

13   BROTHES that the submitted Package has missing documents, needed to be completed.

14        79- On 08/21/2016, the DCHA package was completed by the Horning Brothers,

15   then plaintiff was called and provided him with the new completed package, then resubmitted.

16        80- On 08/00/2016, because of the above delays, the DCHA manager, (Ms.

17   Katrina Jones), ordered as emergency-urgent expediting the process; but

18        -again the Chesapeake Apartments leasing office/ Horning Brothers did not submit

19   their 'Inspection Request' provided in the package; again Plaintiff's moving-in was delayed.

20        81- On 09/07/2016, in response to Plaintiff's inquiry, hiding the HORNING

21   BROTHERS discriminatory and retaliatory intentions, Landan Burrell:

22        -first, stated that a DCHA staff, (Andrea O'Neil), had informed him that the rent

23   would not be approved, which was false/ untrue, because before signing application and

24   paying the two checks Plaintiff had contacted DCHA supervisor, indicated the amount of rent,

25   and had received approval, (additionally the staff had no authority to decide, and denied it);

26        -then, in few days, the pretext/ excuse was changed, Horning Brothers claimed that

27   Plaintiff's credit not approved, while before submittal of DCHA package, Susan McQuade

28   property manager and Burrell had informed plaintiff would proceed with renting to Plaintiff.

1         **82- On 09/13/2016, upon Plaintiff's demand of refraining from dragging the**

2    **move-in/ occupancy date, finally Ms. Susan McQuade, Chesapeake & Saratoga Apartments**

3    **Property Manager, e-mailed to Plaintiff a Denial-Letter, (a copy Attached as A-2-),**

4         **83- The 09/13/2016 Denial letter of renting states three reasons:**

5    • *-High level of Judgment(s) or Suit(s);*

6    • *-Insufficient Income To Support Rent;*

7    • *-No Credit Experience.*

8

9    (credit report provided by RentGrow, Inc., dba: Yardi Resident Screening).

10         **84- Above three, clearly confirm/ indicate fraudulent conspiracy as pretext of**

11    **discrimination and retaliation against Plaintiff, and intention to prevent 'low-income families'**

12    **and those with 'Government Sources of Income' to move in and to reside in Chesapeake &**

13    **Saratoga, in North West of Washington, District of Columbia. As:**

14         **85- *'High level of Judgment(s) or Suit(s)':***

15    Denying renting apartment for: ***'High level of Judgment(s) or Suit(s)'*** directly is in

16    violation of First Amendment to Constitution of United States of America, which authorizes:

17         **"to petition government for redress of grievances",**

18    (rather than resolving disputes by violence and/or Gun(s)). That,

19         **86- HORNING BROTHERS, (and other Defendants), had unilaterally decided**

20    to retaliate against plaintiff by DENYING renting an apartment for his age and in violation of

21    Fair Housing Act for practicing his First Amendment right, seeking judiciary/ courts decisions.

22         **87- *'Insufficient Income To Support Rent':***

23    denying renting apartment, fraudulently claiming: ***'Insufficient Income To Support Rent'***

24    is also fabricated, because intentionally the defendant(s) and their credit reporting agencies

25    did not take under consideration HUD Section -8 Vouchers would subsidize the plaintiff's rent

26    up to $1,823.00, per month for the area, (equivalent to at least $60,000.00 additional gross-

27    income), that Plaintiff would pay maximum up to 30% of his Income (from SSA- ) for rent,

28    not the whole amount, (plaintiff's share was put in writing by DCHA), but

29

1   -the HORNIGN BROTHERS, in pursuant of their discriminatory and retaliatory

2   operation, intentionally disregarded HUD's section-8 payments, put all rent payments on

3   plaintiff's income, to create and have pretext to DENY plaintiff to rent an apartment in

4   violation of laws, as Fair Housing Act and D.C. Code; above manipulations/ pretext is true

5   with regard to all of the Defendants landlords/ property-management companies.

6        88- *'No Credit Experience':* also, denying renting apartment, because of/

7   claiming: *'No Credit Experience.'*, is unwarranted and another pretext, because:

8        -under the conditions-circumstances imposed of the plaintiff, (out of subject of this legal

9   action), plaintiff's lack of debt, loans, monthly payments on credit cards, and other consumer

10   spending, are/ shall be positive sign and strong indication of his acting responsible and lack of

11   intention to live beyond his means; but

12        -rather than be appreciated and encouraged, are considered by Horning Brothers/

13   landlords negative as another pretext of lack of *'credit experience'*, deserving to be punished,

14   discriminated, retaliated and denied renting apartment, in violation of Fair Housing Act.

15        89- Plaintiff's requesting from DCHA regarding HUD-DCHA Package

16   inspection, and subsequent inquiry by DCHA supervisor, (Ms. Koroma), the Horning

17   Company provided other false excuses/ pretexts, including that the DCHA did not proceed

18   expeditiously, which is absolutely false.

19        90- Subsequently, in several telephonic and in face conversation with Susan

20   McQUADE property manager, stated that in a month, (during winter), that rents are lower,

21   she will have apartment in Saratoga and will contact Plaintiff; never contacted; additionally at

22   that time the Voucher would expire.

23   //

24

25

26

27

28

29

1
2

*iii)-   **KENMORE APARTMENTS;***
       ***BOZZUTO Owner/ Property-Management:***

3       **91-** On 08/17/2016, under above circumstances, looking for a place to live,

4   Plaintiff contacted KENMOR Apartments Leasing Office, at 5415 Connecticut Ave., NW,

5   Washington DC 20015, which were advertising, also posted 'For Lease' signs in the street,

6   owned and managed by BOZZUTO, with Christopher Holding as property manager;

7       -Kathrine Mercuri assistant property manager, (and Eliza leasing-agent) told that at

8   least seven/-7 one-bedroom apartments are available, plaintiff was shown only #440.

9       **92-** Plaintiff chose Apartment #440, a 1-bedroom, more than 800 SF, with

10   $1,632.00 per month rent including all utilities, which was in the range of HUD Section -8 rent

11   payment-standard; but in a day Plaintiff was told that the apartment was rented.

12       **93-** On 08/22/2016, without being able to see, (to prevent claim of being rented),

13   Plaintiff chose Apartment #204, a one-bedroom, with $1,480.00 monthly rent, including all

14   utilities, requiring $40.00 Application Fee and $200.00 Holding Fee, to move in on Sept. 25, (in

15   more than a month).

16       **94-** On 08/23/2016, Plaintiff provided his ID (driver license), HUD Section-8

17   Voucher, DCHA Package, with the 'Request Tenancy Approval';

18       -immediately, leasing-agent Reginald Baum prepared and filled the DCHA Package

19   together with "Request Tenancy Approval"/ RTA, with other required Kenmore documents,

20   Plaintiff signed his portion to be submitted to DCHA;

21       -considering that the package could be submitted to DCHA 'electronically', Plaintiff

22   was not told when and/or if they were submitted to DCHA, no information was provided.

23       **95-** On 09/13/2016, finally Christopher HOLDING, the property manager,

24   first refusing but finally upon Plaintiff's mentioning that it would be illegal,

25       -emailed an 'Adverse-Action', denial to rent, (exactly same as the one issued and

26   provided on 08/23/2016 by HORNING BROTHERS which Denied renting Apartment #901 of

27   4000MASSACHUSETTS Avenue), prepared by CoreLogic Rental Property Solutions LLC

28   (a copy attached as  A-3-).//

1    *iv)-*    *3003 VAN NESS APARTMENTS;*
2         *EQUITY RESIDENTIAL Property-Management:*
3         96- On 10/02/2016, again looking for a place to live, under above circumstances,
4    Plaintiff contacted Leasing Office of 3003 VAN NESS Apartments, at 3000 Van Ness (and
5    Connecticut) Ave., NW, Washington DC 20008, managed by EQUITY RESIDENTIAL,
6    which were advertising and posted 'For Lease' signs in the street on front of the building;
7         -the Equity-Residential, manages numerous apartments buildings in Washington D.C.
8    Metropolitan, (and all over USA), its website at www.EquityApartments.com, provide in depth
9    information about available apartments and their 'exact rent'.
10        97- Ms. Julie Jackson leasing-consultant stated that several one-bedroom and
11   efficiency apartments were available or would be available in couple of weeks.
12   Plaintiff was told that amount of rents change daily, in the winter are lower.
13        98- On 10/03/2016, urgently needing to rent an apartment immediately,
14   -Plaintiff chose Apartment #S-421, (without seeing/ inspecting), was told is an
15   efficiency/ (0-bedroom) apartment, 630 SF, with $1,685.00, per month rent, (at signing date it
16   was lowered to $1,650.00), including all utilities, in the range of HUD Section -8 payments;
17        -because of urgency and expiring Voucher, Plaintiff did not wait until Winter time that
18   one-bedrooms maybe in range of Section-8 standard payments, (but promised could change).
19        99- On 10/04/2016, plaintiff informed Ms. Avis DuVAll General Manager, and
20   Julie Jackson leasing-consultant, (both African-American), he has HUD Section-8 Voucher
21   issued by DCHA subsidizing the rent; submitted a copy of the Voucher and letter written by
22   DCHA supervisor Fatima Koroma indicating how much of the rent plaintiff would pay.
23        100- After plaintiff informing of HUD Section-8 rent-subsidy, then
24   -Ms. Avis DuVall and Julie Jackson, (upon discussion with their headquarters), stated
25   that the rent for Apartment #S-421 is $3,020.00, but the Equity-Residential is temporarily
26   giving 'concession' for amount of $1,370.00, lowering rent to $1,650.00,
27        -($3,020.00 - 1,370.00 = $1,650.00$ per month with concession).
28

*(Parviz Karim-Panahi –v.-  Landlords/ Apartment Property Managers, et al)*

101- Equity-Residential demanded that the Lease shall be signed for $3,030.00 per month, (not $1,650.00), subsequently putting the rent out of DCHA/ HUD Section-8 Standard rent payment range; Plaintiff indicated that he has no authority to do so, they have to contact DCHA to get authorization.

102- Actually the Equity-Residential website indicated, (and plaintiff was told/ quoted and he printed), that the rent for studio apartment Unit S-421, is $1,650.00 per month, which was within HDU-DCHA standard-rent for the area, (no mention of 'Concession'), that is why Plaintiff applied.

103- On 10/05/2016 and thereafter, plaintiff was informed by phone that Julie Jackson of Equity Residential had contacted DCHA supervisor, (Ms. F. Koroma), so the Equity-Residential/ 3003 Van Ness Apartments would submit the DCHA Package and 'Request Tenancy Approval'.

104- On 10/07/2016 Friday afternoon, upon email by Julie Jackson, asking to go to the office to finalize renting process and sign the DCHA Package documents, he went;

-Plaintiff was asked to pay two checks for $75.00 and $200.00 for application fee and holding fees for apartment S421, which he did.

105- On 10/07/2016 Friday afternoon, plaintiff provided DCHA Package to Julie and Ms. Avis DuVall, who prepared and with plaintiff signed the 'Request Tenancy Approval', then prepared and signed the "Disclosure of Information on Lead-Paint and/or Lead-Based Paint Hazards", 'claimed lack of knowledge'!!, stating the package would electronically be submitted to the DCHA. Then,

106- On 10/07/2016, late after 5:00 PM plaintiff received a call and E-Mail from Julie Jackson, that the Equity-Residential had DENIED renting the apartment;

-attached to 10/07/2016 e-mail was Equity-Residential letter, fraudulently state that:

*"- Your application is denied. This decision is made on the information you provided concerning your income, Employment, mortgage/rental history, as well as information contained in your Consumer credit history."*

(a copy attached as A-4-).

Kroll Factual Data/ FACTAUL DATA NATIONAL/ EQUITY RESIDENTIAL had prepared the credit report.

107- Mentioning and indicating fraudulent discriminatory intention of e-mail,

Plaintiff immediately responded that:

> " …. is absolutely misleading and baseless. Because,
> I indicated that I am RETIRED, with:
>   -SSA monthly payments, (which was indicated); and
>   -SSI monthly payments in California , [would change in Washington, DC[; and
>   -HUD Section-8 monthly rental-subsidy administered by DCHA, which
> are enough guarantee that rental payments are paid fully and completely on time."
> [equivalent to about $60,000.00 gross income per-year).

but, received no reply.

108- During renting process and in discussion, Plaintiff became aware that:

-the staff did not have knowledge about HUD-Section-8 DCHA Package; that

-non of several thousand apartment units of properties managed by Equity-Residential

are using HUD Section-8 rent subsidy; that

-the Equity-Residential by rent manipulations as 'rent concession' on the Rent-Control

apartment building, intentionally keep low-income families and elderly-seniors out of their

apartment buildings, and out of DC North West areas.

//

### v)- *Mount Vernon Plaza Apartments & Townhomes,*
### *Mount Vernon Plaza Associates, L.L.P. and W.H.H. Trice & Co./*
### *Owners/ property managers:*

110)- On 09/27/2016, again looking for a place to live, under above

circumstances, Plaintiff contacted Leasing Office of MOUNT VERNON PLAZA Apartments,

at 930 M Street, (M & 10th St.), NW, Washington DC 20001, advertising in internet and posted

'For Lease' signs in street on front of the building; building is owned by Mount Vernon Plaza

Associates, L.L.P. and W.H.H. Trice & Co., with Ms. Elaine THOMAS, (African-American),

as property manager.  At first Plaintiff was told that no one-bedroom apartment is available;

then upon discussion, was given a tour by Shawndra ELLEBY of a vacant available one-

bedroom apartment, unit #807.

111- On 09/28/2016, Plaintiff chose apartment Unit #807, one-bedroom, filled

and submitted application, and provided HUD Section-8 Voucher issued by DCHA.

112- On 10/12/2016, after two weeks of no response, upon calling Plaintiff was informed by Shawndra Elleby that she is given a note by her supervisor,  to inform DENIAL Plaintiff's application. Finally,

-On 10/13/2016, plaintiff received an e-mail with form letter, indicating that based on CoreLogic Rental Property Solutions LLC., renting the apartment is DENIED, (a copy attached as A-5-).

//

## vi)- *THE BERKSHIRE APARTMENTS, LLC;* *GABLES RESIDENTIAL Property Management:*

113- On 09/26/2016, again looking for a place to live, under above circumstances, Plaintiff contacted Leasing Office of The BERKSHIRE Apartments, at 4201 Massachusetts Avenue, NW, Washington, DC 20016, a complex of multi Apartment buildings with about thousand apartment units, advertising and "For Rent Signs" on front of the building, inquired availability of one-bedroom apartment;

-the buildings are owned by THE BERSKHIRE, LLC, managed by GABLES RESIDENTIAL Company, with Jerald BOWMAN property manager.

114- Ryan Primas, Leasing-agent, gave a tour of many apartments; but as all rents were higher than HUD-DCHA rental Standard-Payments; additionally to prevent low income, minorities and elderly from applying, GABLES RESIDENTIAL required, a non-refundable $75.00 Application fee, another non-refundable $400.00 Administrative fee, and $500.00 Security-deposit, (a total of $975.00), with first month rent, together with Minimum $50,000.00 Liability Coverage,  Plaintiff did not apply.

115- On 11/21/2016, upon plaintiff becoming informed (thru DCHA), that The BERKSHIRE have lowered their rents, with one-bedrooms and efficiencies in the range of HUD-DCHA rent payment standard, he contacted the Leasing Office;

-Charita HUGGINS, Leasing Professional gave a tour of the building, many efficiency and one-bedroom apartments units were available to be rented immediately, (as A-266, 1018, 6065, 5080, 8036, ...), all in the range of the HUD-DCHA rental standard payments.

116- On 11/23/2016, (the night before Thanks Giving), plaintiff choose apartment unit # 8036, a 700 SF one-bedroom apartment, which its rent had additionally been lowered from $1,995.00 to $1,815.00 per-month with all utilities paid, which was in the range of HUD-DCHA rent standard payment, and immediately available to occupy; submitted application, (despite asking illegal and out of statutes of limitation questions).

117- On 11/23/2016 at about 5:00 pm, plaintiff was informed that by 'TransUnion CreditRetriever: Recommendation Letter', his application is not approved; pretext for discriminatory action as stated by the recommendation was:

>   *-Too many inquiries; and*
>   *-Too many derogatory accounts or public records; and*
>   *-Not enough debt experience.*

(a copy attached as A-6-/ 1 & 2).

118- Again above three, clearly confirm/ indicate fraudulent conspiracy as pretext of discrimination and retaliation against Plaintiff, and intention to prevent 'low-income families' and those with 'Government Sources of Income' to move in and to reside in The BERKSHIRE Apartments, and in North West of Washington, District of Columbia. As:

119- *'Too many inquiries'*:

Whereas all the inquiries were made by the Defendants and their credit reporting agencies.

120- *'Too Many Derogatory Accounts or Public Records'*:

Which is absorbed and indicate pretext for discrimination/ retaliation; as

-according to the Media report, Mr. Donald TRUMP, the USA President-Elect has several thousand derogatory reports and legal actions, including many 'Bankruptcy Filings', and law suits by and against in his public-records, (actually after November 08, 2016 Presidential election and winning, he settled for $25,000,000.00 the law suit filed against the Trump University; so

-denial of renting apartment, (subsidized by HUD- Section-8), to plaintiff, a 78-years old elderly-senior, for few liens fabricated by California Franchise Tax Board, (and previously by IRS), abusing governmental powers retaliating for political-religious reasons, is absorbed.

121- *'Not Enough Debt Experience':* based on which denying renting apartment, is also unwarranted and another pretext; as if everyone, including a 78-years old elderly-senior retiree, have constitutional and legal obligation to have debt to qualify to rent an apartment.

### vii)- *Other Landlords/ Property Management Companies Directly Overtly Covertly Participating in 'Red-Lining' in D.C. North-West Areas:*

122- Almost all of Landlords and/or Property Management companies which plaintiff contacted in North Western/ NW areas of Washington, District of Columbia, by manipulations, gimmicks, special offerings (not to be used by low income), frauds, falsification, and/or by requiring high amount of non-refundable application and amenity fees, imposing on low-income families to lose high percentage of monthly income, directly openly and/or covertly with conspiracies, individually and/or collectively, participate in Red-Lining/ (new form of Blockbusting), in the District of Columbia North Western areas.

123- Some apartment buildings which Plaintiff visited but did not apply, (for not losing his limited low income, also could not be able to prosecute all, unless the governmental agencies earnestly with honesty to perform their duties), are:

a- *AVA Van Ness Apartments, 2950 Van Ness St., NW, wdc 20008:*
managed by AVALON; Chelsea Royle Community Consultant/ Leasing-Agent; requiring $500.00 Amenity-Fee, $75.00 (per person) Application-Fee, (while application do not indicate which apartment building/ company is being applied to); and payment of utilities.

b- *PARK Van Ness Apartments, 4455 Van Ness St., NW, wdc 20008:*
managed by AVALON; Chelsea Royle Community Consultant/ Leasing-Agent; requiring $500.00 Amenity-Fee, $75.00 (per person) Application-Fee, (while application do not indicate which apartment building/ company is being applied to); and payment of utilities.

c- *7th Flats, 1825 7th Street, NW, wdc 20001:*
managed/ (owned?) by BOZZUTO, removed upon Kenmore Denial;

d- *VAUGHAN PLACE Apartment Buildings, 3401 38TH Street, NW, wdc 20016:*
managed by CAPITAL PROPERTIES,  SINGH property manager

e- and many more, ......

1      *-viii-*   ***Defendants Credit reporting Agencies:***

2      **Defendants claim using Credit Reporting agencies:**

3          **a- CoreLogic Rental Property Solutions LLC.;**

4          **b- RentGrow Inc. dba Yardi Resident Screening;**

5          **c- Kroll Factual Data/ Factual Data National - Equity Residential;**

6 **which claim have been using one of the followings majors:**

7          **d- TransUnion Consumer Relations;**

8          **e- Experian Information Services; or**

9          **f- Equifax Credit Information Services; or**

10

11      **124- Unjustifiably enrich themselves, these firms claim to be Credit Reporting**

12 **agencies, but act as Mafia-hitmen for powerful corporations with money/ financial resources,**

13 **used to collect, fabricate, manipulate, twist and/or intentionally not compile data on innocent**

14 **consumers, (as Plaintiff, not reporting the actual real reasons for his legal actions),**

15 **allow Corporations control their lives, DENY Constitutional Rights, as the First Amendment,**

16 **even retaliate and denying a place to live because of witnessing compiling wealth by thieveries/**

17 **defrauding/ stealing from public-funds, and/or exercising his right 'petition government for**

18 **redress of grievances', while fabricating excuses as:**

19

20          *-High level of Judgment(s) or Suit(s);*

21          *-Insufficient Income To Support Rent;*

22          *-No Credit Experience.*

23 *or*

24          *-Too many inquiries; and*

25          *-Too many derogatory accounts or public records; and*

26          *-Not enough debt experience.*

27

28 **justifying political-religious atmosphere of discriminations-retaliations against one person,**

29 **(Plaintiff), or class, (against African-Americans, Latinos, Asians, Middle-Easterners, et al.).**

30      **125- Plaintiff's contacts with these so-called Credit Reporting agencies for**

31 **providing a copy of their credit report by E-mail, have been denied, unless plaintiff provided a**

32 **picture ID, (to collect extra information with his picture on them), and physical mailing**

33 **address, which is denied and unavailable because they caused to be DENIED.**

34

1    126- In telephone conversation and inquiries from CoreLogic Rental Property

2    Solutions, supervisor Johnathan WERTS claimed that CoreLogic do not have/do not collect

3    any data, but uses Experian's, and refused to e-mail their Credit Reports, fraudulently:

4    -asked for third party physical-address to mail, (which plaintiff had to provide),

5    invading their privacy without their knowledge and consent;

6    -forced plaintiff to provide copy of his photo ID, continuing to collect information on

7    plaintiff, otherwise would not get the reports; also

8    -intentionally refuse to provide their Process Service Agent(s) address and information

9    in the Washington, DC area, (for serving the SUMMONS & COMPLAINT).

10    127- Under above situation and frauds, previously Plaintiff had filed a legal

11    action against the Landlord and Experian,

12    (Case No.: <u>30-2013-00654345-CU-CR-CJC</u>, short titled:

13    *<u>Parviz Karim-Panahi –v- IRVINE Company; Donald BREN; EXPERIAN, et al.</u>*),

14    filed in Superior Court of Orange County of the State of California,

15    filed and based on the same issue of denial of housing, (subject of this legal action), which the

16    Experian by fraudulent reporting operations, (at the time claimed tax LIENS by IRS and by

17    California Franchise Tax Board), for not reporting properly to protecting consumers, but

18    only protecting the corporations who pay them.

19    128- In the above case, taking advantage of  Plaintiff situation,

20    Experian by fraud evaded to be served with the SUMMONS and COMPLAINT, refused to

21    provide Service Process Agent and/or address in California to accept service;

22    forced the court to dismiss the legal action against Experian, now they retaliate.

23    129 - to- 130

24    //

25

## -X-
## CAUSES OF ACTIONS:

131- **INCORPORATING:** Plaintiff in *pro-se*, hereby incorporates all of the above averments set forth in paragraphs 1-to-130, together with all his legal-actions filed in courts, (at all levels from lowest to highest, and international forums, not to litigate them here, but as reference/ indication of 50-years chains of continuing violations committed against plaintiff, his properties, educations, professions, career, acquaintances, and innocent family).

## CIVIL & CRIMINAL CAUSES OF ACTIONS:

132- In accordance to the laws, statutes and constitution of United States of America and of the District of Columbia, (together with international laws, treaties, United Nations Charters, Universal Declarations of Human & Civil Rights, and other applicable law):

-Plaintiff charges Defendants with at least following Causes of Civil & Criminal Actions:

## A)- CIVIL CAUSES of ACTIONS:
## A-1-
## Causes of Action under Federal Laws:

133- As set forth above, Plaintiff alleges and charges the Defendants housing providers, owners, landlords, property management companies, and those under their commands as property managers, leasing-agents, credit-reporting agencies, et al.:

-4000 MASSACHUSETTS Apartments; POLINGER Company; Petrine SQUIRES;
Roslyn BRISBOE; and
-CHESAPEAKE & SARATOGA Apartments; HORNING BROTHERS Company;
Joe HORNING Jr.; Susan McQUADE; Landon BURRELL; and
-KENMORE APARTMENTS; BOZZUTO Company; Christopher HOLDING; and
-3003 VAN NESS APARTMENTS; Equity Residential Management, L.L.C.;
Avis DuVALL; Julie JACKSON; and
-MOUNT VERNON PLAZA Apartments/ Associates LLP; Elaine THOMAS;
-THE BERKSHIRE APARTMENTS, LLC; GABLES RESIDENTIAL Property Management;
Jerald BOWMAN:
together with their credit reporting agencies:
-CoreLogic Rental Property Solutions LLC;
-Grow.Rent Inc./ dba Yardi Resident Screening;
-Kroll Factual Data/ Factual Data National – Equity Residential;
-TransUnion Consumer Relations;
-EXPERIAN Information Services; [and other unknown/ not named]
collectively referred to as 'Defendants', (not repeating their names again and again), with the following Causes of Actions:

*First Cause of Action, under*

*Violation and Denial of First Amendment To U.S. Constitution,*
*"Right To Petition Government For Redress of Grievances":*

Defendants claimed, asserted and acted, that because:

Plaintiff has/ had *'High level of Judgment(s) or Suit(s)'* in petitioning government/ courts for redress of grievances, so arbitrarily decided by denying Fair Housing to impose terror, torment, torture, discriminations, retaliations and imposed homelessness, which

    -are in violation of First Amendment to Constitution of the United States of America, "Right To Petition Government For Redress of Grievances"; therefore,

    -Defendants are liable for all of the damages inflicted.

//

*Second Cause of Action, under*

*Violation and Denial of First Amendment To U.S. Constitution;*
*Promoting Violence, and Forcing To Use Guns, rather than*
*Resolving Disputes/ Grievance through Laws/ Judiciary/ Courts:*

Defendants claimed, asserted and acted, that because:

Plaintiff has/ had *'High level of Judgment(s) or Suit(s)'*, in petitioning government/ courts for redress of grievances by peaceful legal means through judiciary/ court, but

NOT by Violence and/or Guns, so arbitrarily decided to impose terror, torment, torture, discriminations, retaliations and imposed homelessness by denying Fair Housing, promoting using violence-guns in resolving disputes and grievances, rather than through laws/ courts;

    -which are in violation of First Amendment to Constitution of the United States of America; therefore,

    - Defendants are liable for all of the damages inflicted.

//

*Third Cause of Action, under*

*Discrimination; because of*
*Plaintiff's Age/ 78-years old,*
*(42 U.S.C. §6102)):*

United States statute, <u>42 U.S.C. §6102</u>, states that:

*"No person in the United States shall, on the basis of age, be excluded from*
*participation, to be denied the benefits of, or be subjected to discrimination under,*
*any program or activity receiving Federal financial assistance".*

     United States Congress   passed legislation created the U.S. Department of Housing and Urban Development/ HUD and its Section-8- Housing Choice Voucher Program/ HCVP, which prove "rent subsidies", that through HUD administered by local Housing Public Authorities/ HPAs, (as the District of Columbia Housing Authority/ DCHA), to benefit Elderly-Seniors.

     Plaintiff is a 78-years old elderly-senior, eligible for receiving the above Federal financial assistance benefits, as 'rent-subsidies'. HUD and DCHA did issue and provided the Section-8, HCVP rent subsidy benefits to the plaintiff; But,

     Defendants by fraud, conspiracies and manipulations, claimed, asserted and acted, that because of Age, 78-years old, (even knowing that he would NOT live much long), excluded plaintiff from participation, denied benefits of, and/or subjected to discriminations and retaliations, which prevented Plaintiff to receive any Federal HUD Section -8- Housing Choice Voucher Program benefits. Subsequently
imposed terrors, torments, tortures, discriminated and imposed homelessness; which,

     -are in violation of USA laws and statutes, as 42 U.S.C. §§6102, et-seq., titled: "Prohibition of Discrimination; because of Plaintiff's Age, 78-years old"; therefore,

     -Defendants are liable for all the damages inflicted.

//

1            *Fourth Cause of Action, under*
2  *Discrimination, Denial of Fair Housing and other Prohibited Practices; because of*
3            *Plaintiff's National-Origin/ Iranian,*
4            *(42 U.S.C. §3604(a)):*

5         Plaintiff submitted application to rent an apartment, in bona fide accepted

6  defendants' stated rent (whenever equal or under 'Standard Rents' set by District of Columbia

7  Housing Authority/ DCHA), paid all fees and extras charged, provided HUD Section-8

8  Housing Vouchers rent subsidy which indicated plaintiff would pay up to 30% of his gross

9  income (remaining subsidized by HUD Section-8), but still:

10        -because of Plaintiff's National-Origin/ Iranian, Defendants retaliated, refused to rent,

11  refused to negotiate the rental, otherwise denied and made rental unavailable, subsequently

12  intentionally imposed terrors, torments, tortures, discriminations, and while plaintiff had

13  Ported-In from Orange County, California to DC with no place to live, forced to homelessness;

14  which are committed in violation of USA statutes, (as 42 U.S.C. §3604(a)), Fair Housing Act;
15        -therefore, Defendants are liable for all the damages inflicted.

16  //

17            *Fifth Cause of Action, under*
18  *Discrimination, Denial of Renting Apartment and other Prohibited Practices;*
19        *because of Plaintiff's Religion/ Muslim*
20            *(42 U.S.C. §3604(a)):*

21         Plaintiff submitted application to rent an apartment, in bona fide accepted

22  defendants' stated rent (whenever equal or under 'Standard Rents' set by District of Columbia

23  Housing Authority/ DCHA), paid all fees and extras charged, provided HUD Section-8

24  Housing Vouchers rent subsidy which indicated plaintiff would pay up to 30% of his gross

25  income (remaining subsidized by HUD Section-8), but still:

26        -because of Plaintiff's Religion/ Muslim, Defendants discriminated, refused to rent,

27  refused to negotiate the rental, otherwise denied and made rental unavailable, subsequently

28  intentionally imposed terrors, torments, tortures, discriminations, and while plaintiff had

29  Ported-In from Orange County, California to DC with no place to live, forced to homelessness;

30  Which are committed in violation of USA statutes, (as 42 U.S.C. §3604(a)), Fair Housing Act;

31        -therefore, Defendants are liable for all the damages inflicted. //

1

2 *Sixth Cause of Action, under*
3 *Discrimination, Denial of Renting Apartment and other Prohibited Practices;*
4 *Because of Plaintiff's Race/ Middle-Eastern Iranian,*
5 *(42 U.S.C. §3604(a)):*

6 Plaintiff submitted application to rent an apartment, in bona fide accepted

7 defendants' stated rent (whenever equal or under 'Standard Rents' set by District of Columbia

8 Housing Authority/ DCHA), paid all fees and extras charged, provided HUD Section-8

9 Housing Vouchers rent subsidy which indicated plaintiff would pay up to 30% of his gross

10 income (remaining subsidized by HUD Section-8), but still:

11 -because of Plaintiff's Race/ Middle-Eastern Iranian, Defendants discriminated, refused

12 to rent, to negotiate the rental, otherwise denied and made rental unavailable,  subsequently

13 intentionally imposed terrors, torments, tortures, discriminations, and while plaintiff had

14 Ported-In from Orange County, California to DC with no place to live, forced to homelessness;

15 Which are committed in violation of USA statutes, (as 42 U.S.C. §3604(a)), Fair Housing Act;

16 -therefore, Defendants are liable for all the damages inflicted. //

17 *Seventh Cause of Action, under*
18 *Discrimination, Denial of Renting Apartment and other Prohibited Practices,*
19 *Because of Plaintiff's Color/ Dark-Skin Middle-Eastern Iranian,*
20 *(42 U.S.C. §3604(a)):*

21 After Plaintiff submitted application, in bona fide accepted their stated rent

22 (whenever equal or under 'Standard Rents' set by District of Columbia Housing Authority/

23 DCHA), paid all fees and extras charged, provided HUD Section-8 Housing Vouchers rent

24 subsidy which indicated plaintiff would pay up to 30% of his gross income (remaining

25 subsidized by HUD Section-8), but still:

26 -because of Plaintiff's Color/ Dark-Skin Middle-Eastern Iranian, Defendants

27 discriminated by denying Fair Housing, denied to rent a dwelling unit/ apartment, arbitrarily

28 imposed terror, torment, tortures, discriminations and refused to negotiate, while plaintiff had

29 Ported-In from Orange County, California to DC with no place to live, forced to homelessness;

30 Which are committed in violation of USA statutes, (as 42 U.S.C. §3604(a) Fair Housing Act),

31 Therefore, Defendants are liable for the damages inflicted.//

32

1
2
3
4

***Eighth Cause of Action, under***
***Discrimination in Terms, Conditions or Privileges of Renting Apartment;***
***because of Plaintiff's National-Origin/ Iranian,***
***(42 U.S.C. §3604(b)):***

5        Plaintiff submitted application to rent an apartment, in bona fide accepted

6   stated rent, paid all fees and extras charged, provided HUD Section-8 Housing Vouchers:

7        -at first Defendants accepted to rent and together with plaintiff completed and signed

8   the DCHA Package and its "Request Tenancy Approval"/ RTA; but then

9        -upon Defendants, directly during personal contacts, and/or through Credit-Reporting

10  operations became aware of Plaintiff's National-Origin/ Iranian, discriminated in the terms, in the

11  conditions or privileges of rental dwelling, or provision of services, refused to negotiate to rent,

12  subsequently intentionally imposed terrors, torments, tortures, and while plaintiff had Ported-

13  In from Orange County, California to DC, with no place to live, forced to homelessness; which

14       -are committed in violation of USA statutes, as 42 U.S.C. §3604(b) of Fair Housing Act;

15       -therefore, Defendants are liable for all the damages inflicted.

16  //

17
18
19
20

***Ninth Cause of Action, under***
***Discrimination in Terms, Conditions or Privileges of Renting Apartment;***
***because of Plaintiff's Religion/ Muslim,***
***(42 U.S.C. §3604(b)):***

21       Plaintiff submitted application to rent an apartment, in bona fide accepted

22  stated rent, paid all fees and extras charged, provided HUD Section-8 Housing Vouchers:

23       -at first Defendants accepted to rent and together with plaintiff completed and signed

24  the DCHA Package and its "Request Tenancy Approval"/ RTA; but then

25       -upon Defendants, directly during personal contacts, and/or through Credit-Reporting

26  operations became aware of Plaintiff's religion/ Muslim, discriminated in the terms, conditions

27  or privileges of rental dwelling, or provision of services, refused to negotiate to rent,

28  subsequently intentionally imposed terrors, torments, tortures, and while plaintiff had Ported-

29  In from Orange County, California to DC, with no place to live, forced to homelessness; which

30  are committed in violation of USA statutes, as 42 U.S.C. §3604(b) of Fair Housing Act;

31       -therefore, Defendants are liable for all the damages inflicted. //

1
***Tenth Cause of Action, under***
2
***Discrimination in Terms, Conditions or Privileges of Renting Apartment,***
3
***because of Plaintiff's Race/ Middle-Eastern Iranian,***
4
***(42 U.S.C. §3604(b)):***

5      After Plaintiff submitted application to rent an apartment, in bona fide accepted

6    stated rent, paid all fees and extras charged, provided HUD Section-8 Housing Vouchers:

7      -at first Defendants accepted to rent, together with plaintiff completed and signed the

8    DCHA Package and its "Request Tenancy Approval"/ RTA; but then

9      -upon Defendants, directly during personal contacts, and/or through Credit-Reporting

10   operations became aware of Plaintiff's Race/ Middle-Eastern Iranian, discriminated in the

11   terms, conditions or privileges of rental dwelling, or provision of services, refused to negotiate

12   to rent, subsequently intentionally imposed terrors, torments, tortures, and while plaintiff had

13   Ported-In from Orange County, California to DC with no place to live, forced to homelessness;

14   which are committed in violation of USA statutes, as 42 U.S.C. §3604(b) of Fair Housing Act;

15      -therefore, Defendants are liable for all the damages inflicted.

16   //

17
***Eleventh Cause of Action, under***
18
***Discrimination in Terms, Conditions or Privileges of Renting Apartment,***
19
***because of Plaintiff's Color/ Dark-Skin Middle-Eastern Iranian,***
20
***(42 U.S.C. §3604(b)):***

21      After Plaintiff submitted application to rent an apartment, in bona fide accepted

22   stated rent, paid all fees and extras charged, provided HUD Section-8 Housing Vouchers:

23      -at first Defendants accepted to rent, together with plaintiff completed and signed the

24   DCHA Package and its "Request Tenancy Approval"/ RTA; but then upon

25      -Defendants, directly by personal contacts, and/or through Credit-Reporting became

26   aware of Plaintiff's Color/ Dard-Skin Middle-Eastern Iranian, discriminated in the terms,

27   conditions or privileges of rental dwelling, or provision of services, refused to negotiate to rent,

28   subsequently intentionally imposed terrors, torments, tortures, and while plaintiff had Ported-

29   In from Orange County, California to DC, with no place to live, forced to homelessness; which

30   are committed in violation of USA statutes, as 42 U.S.C. §3604(b) of Fair Housing Act;

31      -therefore, Defendants are liable for all the damages inflicted.  //

32

1  *Twelfth Cause of Action, under*
2  *Representing Dwelling Not Available for Inspection, or Renting;*
3  *because of Plaintiff's National-Origin/ Iranian,*
4  *(42 U.S.C. §3604(d)):*

5  Upon Plaintiff contacting the defendants housing provider(s) to inspect
6  available dwelling apartment units himself, and/or even after paid all the fees and extra
7  charges and Defendants together with plaintiff completed and signed the DCHA Package and
8  its "Request Tenancy Approval"/ RTA, to be inspected by the DCHA inspector(s); but

9      -upon defendants directly through personal contacts and/or by their credit reporting
10  agencies became aware of the Plaintiff's National-Origin/ Iranian, Defendants represented that
11  the dwelling is not available for inspection or rental, subsequently intentionally imposed
12  terrors, torments, tortures, and while plaintiff had Ported-In from Orange County, California
13  to DC with no place to live, forced to homelessness; which

14  are committed in violation of USA statutes, as 42 U.S.C. §3604(d) of Fair Housing Act;
15      -therefore, Defendants are liable for all the damages inflicted.
16  //

17  *Thirteenth Cause of Action, under*
18  *Representing Dwelling Not Available for Inspection, or Renting;*
19  *because of Plaintiff's Religion/ Muslim,*
20  *(42 U.S.C. §3604(d)):*

21  Upon Plaintiff contacting the defendants housing provider(s) to inspect
22  available dwelling apartment units himself, and/or even after paid all the fees and extra
23  charges and Defendants together with plaintiff completed and signed the DCHA Package and
24  its "Request Tenancy Approval"/ RTA, to be inspected by the DCHA inspector(s); but

25      -upon defendants directly through personal contacts and/or by their credit reporting
26  agencies became aware of the Plaintiff's Religion/ Muslim, Defendants represented that the
27  dwelling is not available for inspection or rental, subsequently intentionally imposed terrors,
28  torments, tortures, and while plaintiff had Ported-In from Orange County, California to DC
29  with no place to live, forced to homelessness; which

30  are committed in violation of USA statutes, as 42 U.S.C. §3604(d) of Fair Housing Act;
31      -therefore, Defendants are liable for all the damages inflicted. //

1

2

3

4

*Fourteenth Cause of Action, under*
*Representing Dwelling Not Available for Inspection, or Renting;*
*because of Plaintiff's Race/ Middle-Eastern Iranian,*
*(42 U.S.C. §3604(d)):*

5         Upon Plaintiff contacting the defendants housing provider(s) to inspect the

6 available dwelling apartment units himself, and/or even after paid all the fees and extra

7 charges and Defendants together with plaintiff completed and signed the DCHA Package and

8 its "Request Tenancy Approval"/ RTA, to be inspected by the DCHA inspector(s); but

9         -upon defendants directly through personal contacts and/or by their credit reporting

10 agencies became aware of the Plaintiff's Race/ Middle-Eastern Iranian, Defendants

11 represented that the dwelling is not available for inspection or rental, subsequently

12 intentionally imposed terrors, torments, tortures, and while plaintiff had Ported-In from

13 Orange County, California to DC with no place to live, forced to homelessness; which

14 are committed in violation of USA statutes, as 42 U.S.C. §3604(d) of Fair Housing Act;

15         -therefore, Defendants are liable for all the damages inflicted. //

16

17

18

19

*Fifteenth Cause of Action, under*
*Representing Dwelling Not Available for Inspection, or Renting;*
*because of Plaintiff's Color/ Dark-Skin Middle-Eastern Iranian,*
*(42 U.S.C. §3604(d)):*

20         Upon Plaintiff contacting the defendants housing provider(s) to inspect the

21 available dwelling apartment units himself, and /or even after paid all the fees and extra

22 charges and Defendants together with plaintiff completed and signed the DCHA Package and

23 its "Request Tenancy Approval"/ RTA, to be inspected by the DCHA inspector(s); but

24         -upon defendants directly through personal contacts and/or by their credit reporting

25 agencies became aware of the Plaintiff's Color/ Middle-Eastern Iranian, Defendants

26 represented that the dwelling is not available for inspection or rental, subsequently

27 intentionally imposed terrors, torments, tortures, and while plaintiff had Ported-In from

28 Orange County, California to DC, with no place to live forced to homelessness; which

29 are committed in violation of USA statutes, as 42 U.S.C. §3604(d) of Fair Housing Act;

30         -therefore, Defendants are liable for all the damages inflicted. //

### A-2-

### Causes of Action under District of Columbia Laws:
### Denial of D.C. Human Rights Law,
### Title 2, Chapter 14 –
### Human Rights of the
### District of Columbia Code §1401.1 et seq.:

134- As set forth above, Plaintiff alleges that the Defendants, the "owners", (as defined by D.C. Code § 2-1401.02(20.)(A) & (B)), housing providers, landlords, property management companies, "persons", (as defined by D.C. Code § 2-1401.02(21.)), and those under their commands as property managers, leasing-agents, credit-reporting agencies:

-4000 MASSACHUSETTS Apartments; POLINGER Company; Petrine SQUIRES;
Roslyn BRISBOE; and
-CHESAPEAKE & SARATOGA Apartments; HORNING BROTHERS Company;
Joe HORNING Jr.; Susan McQUADE; Landon BURRELL; and
-KENMORE APARTMENTS; BOZZUTO Company; Christopher HOLDING; and
-3003 VAN NESS APARTMENTS; Equity Residential Management, L.L.C.;
Avis DuVALL; Julie JACKSON; and
-MOUNT VERNON PLAZA Apartments/ Associates LLP; Elaine THOMAS;
-THE BERKSHIRE APARTMENTS, LLC; GABLES RESIDENTIAL Property Management;
Jerald BOWMAN:

together with their credit reporting agencies:

-CoreLogic Rental Property Solutions LLC;
-Grow.Rent Inc./ dba Yardi Resident Screening;
-Kroll Factual Data/ Factual Data National – Equity Residential;
-TransUnion Consumer Relations;
-EXPERIAN Information Services; [and other unknown/ not named]

collectively referred to as 'Defendants', (not repeating their names again and again),

in violation of the District of Columbia HUMAN RIGHTS ACT OF 1977, (Amendments), for

engagement in "unlawful discriminatory practices", (as defined by D.C. Code §2-1401.02(31.)),

including engagement in harassments for discriminatory reasons without any

"business necessity" and/or "economic reasons" justification, also with no consideration that

according to DCMR §§101,106, 300-399 that

*'Tenancy is established by Landlord's/ [Property Management's] not by signing the lease'*, so

Plaintiff charges the Defendants with the following Causes of Actions:

1     *Sixteenth Cause of Action, under*
2     *Discrimination Because of*
3     *Plaintiff's Source of Income,*
4     *(D.C. Code § 2-1401.01):*

5  Defendants violated the intent of the Council of the District of Columbia, to

6 secure an end in the District of Columbia to discrimination for any reason other than that of

7 individual merit, as discrimination by reason of **"source of income"**, because

8 the Plaintiff's income is from, and would pay partial of rent, from Social Security

9 Administration/ (SSA and/or SSI), and from HUD Section-8- rent-subsidies; which

10 are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

11  -therefore, Defendants are liable for all the damages inflicted. //

12     *Seventeenth Cause of Action, under*
13     *Discrimination Because of*
14 *Plaintiff's Political Affiliation/ Opposition to Corporate-Governmental Corruption*
15     *(D.C. Code § 2-1401.01):*

16  Defendants violated the intent of the Council of the District of Columbia, to

17 secure an end in the District of Columbia to discrimination for any reason other than that of

18 individual merit, as discrimination by reason of **"political affiliation"**, because plaintiff was/

19 is against Corporate-Governmental corruptions, defrauding/ stealing public funds; which

20 are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

21  -therefore, Defendants are liable for all the damages inflicted. //

22     *Eighteenth Cause of Action, under*
23     *Discrimination Because of*
24     *Plaintiff's Personal Appearance,*
25     *(D.C. Code § 2-1401.01):*

26  Defendants violated the intent of the Council of the District of Columbia, to

27 secure an end in the District of Columbia to discrimination for any reason other than that of

28 individual merit, as discrimination by reason of **"personal appearance"**, that was/ is not

29 compatible to their exclusively created D.C. North West/ NW areas; which

30 are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

31  -therefore, Defendants are liable for all the damages inflicted. //

1
2
3
4

*Nineteenth Cause of Action, under*
*Discrimination Because of*
*Plaintiff's Place of Residence,*
*(D.C. Code § 2-1401.01):*

5    Defendants violated the intent of the Council of the District of Columbia, to

6  secure an end in the District of Columbia to discrimination for any reason other than that of

7  individual merit, as discrimination by reason of "**place of residence**", that upon Port-In

8  from Orange County California to the District of Columbia, having no place to live; which

9  are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

10    -therefore, Defendants are liable for all the damages inflicted.  //

11
12
13
14

*Twentieth Cause of Action, under*
*Discrimination Because of*
*Plaintiff's AGE,*
*(D.C. Code § 2-1401.01):*

15    Defendants violated the intent of the Council of the District of Columbia, to

16  secure an end in the District of Columbia to discrimination for any reason other than that of

17  individual merit, as discrimination by reason of "**Plaintiff's Age**",

18  for plaintiff being 78-years old Elderly-Senior, born 11/09/1938; which

19  are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

20    -therefore, Defendants are liable for all the damages inflicted.  //

21
22
23
24

*Twenty-First Cause of Action, under*
*Discrimination Because of*
*Plaintiff's National-Origin/ Iranian,*
*(D.C. Code § 2-1401.01):*

25    Defendants violated the intent of the Council of the District of Columbia, to

26  secure an end in the District of Columbia to discrimination for any reason other than that of

27  individual merit, as discrimination by reason of plaintiff's "National Origin/ Iranian"; which

28  are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

29    -therefore, Defendants are liable for all the damages inflicted.

30  //

31

1

2

3

4

*Twenty-Second Cause of Action, under*
*Discrimination Because of*
*Plaintiff's Religion/ Muslim,*
*(D.C. Code § 2-1401.01):*

5      Defendants violated the intent of the Council of the District of Columbia, to

6    secure an end in the District of Columbia to discrimination for any reason other than that of

7    individual merit, as discrimination by reason of plaintiff's "**Religion/ Muslim**"; which

8    are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

9       -therefore, Defendants are liable for all the damages inflicted.

10   //

11

12

13

14

*Twenty-Third Cause of Action, under*
*Discrimination Because of*
*Plaintiff's Race/ Middle-Eastern Iranian,*
*(D.C. Code § 2-1401.01):*

15      Defendants violated the intent of the Council of the District of Columbia, to

16   secure an end in the District of Columbia to discrimination for any reason other than that of

17   individual merit, as by reason of plaintiff's "**Race/ Middle-Eastern Iranian**"; which

18   are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

19      -therefore, Defendants are liable for all the damages inflicted.

20   //

21

22

23

24

*Twenty-Fourth Cause of Action, under*
*Discrimination Because of*
*Plaintiff's Color/ Dark-Skin Middle-Eastern Iranian,*
*(D.C. Code § 2-1401.01):*

25      Defendants violated the intent of the Council of the District of Columbia, to

26   secure an end in the District of Columbia to discrimination for any reason other than that of

27   individual merit, as discrimination by reason of plaintiff's "**Color/ Dark-Skin Middle-**

28   **Eastern Iranian**"; which

29   are committed in violation of District of Columbia HUMAN RIGHTS ACT, D.C. §1401.01;

30      -therefore, Defendants are liable for all the damages inflicted.

31   //

1
2
3
*Twenty-Fifth Cause of Action, under*
*Discrimination By Creating*
*Red-Lining/ Block-Busting in D.C. North West/ NW Area:*

4       Defendants individually and collectively by conspiracies, manipulations, and

5  imposing certain overt and covert policies and operations have created Red-Lining in the

6  District of Columbia North West/NW areas; for years/ decades/ centuries prevented the people

7  with governmental source of income, low-income and minority families to be able to move and

8  reside in the District of Columbia North West/ NW areas; which

9       -violate the federal and of District of Columbia laws to secure an end in the District of

10  Columbia to discrimination for any reason other than that of individual merit

11       -therefore, Defendants are liable for all the damages inflicted.

12  //

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**A-3-**
**Other Causes of Action, under**
**Federal & D.C. Laws:**

*Twenty-Sixth Cause of Action, under,*
*Conspiracy to Violate Civil Rights,*
*(42 U.S.C. §1983/ and 18 U.S.C. §242):*

Defendants and each of them, by their financial powers, under abuse and color of the laws, statutes, ordinances, regulations and costumes of USA, District of Columbia, and/or of other states and counties, willfully, viciously and maliciously subjected Plaintiff (and his family), inhabitant of USA, deprived of constitutional, human and civil rights, privileges and immunities secured and protected by the USA Constitution, laws, statues.

Defendants disregarded U.S. Constitution, retaliated and denied Plaintiff to seek redress for grievances through honest, impartial and judicious court/judiciary system. Also,

-Defendants have subjected Plaintiff to different punishments, pains, penalties to implement practical-death, on account of his national origin/ Iranian, race/ Middle-Easter, religion/ Muslim, and being against corruption. Which, are committed in violation of USA Constitution, laws and statutes, (as 42 U.S.C. §1983/ and 18 U.S.C. §242), and International Laws.  Therefore Defendants are liable for the damages inflicted.//

*Twenty-Seventh Cause of Action, under*
*Conspiracy to Violate Civil Rights,*
*(42 U.S.C. §1985/ and 18 U.S.C. §241):*

Defendants and each of them, under plans and coordination of the defendants housing providers/ landlords and their property management companies, with conspiracy have harassed, intimidated, injured, oppressed, subjected Plaintiff living lawfully in USA to unlawful acts and violations as set forth above for exercise of his human, civil and constitutional rights. Plaintiff is/ was prevented enjoyment of his properties, educations, professions, family and life, because of his national origin/ Iranian, race/ Middle-Eastern, religion/ Muslim, and for being against crimes and corruption. These acts are committed in violation of USA Constitution, laws and statutes, (as 18 U.S.C. §241, and 42 U.S.C. §1985), and International Laws. Therefore Defendants are liable for the damages inflicted. //

1
2
3

***Twenty-Eighth Cause of Action, under,***
***Neglect to Prevent Violation of Civil Rights,***
***(42 U.S.C. §1986/ and 18 U.S.C. §241):***

4    All of the Defendants and each of them, individually and collectively, were

5 constantly put on notice of conspiracies with the plans and operations to violate Plaintiff's

6 Civil Rights, because of his national-origin/ Iranian, race/ Middle-Eastern, religion/ Muslim,

7 and being against their crimes and corruptions; but all of the Defendants chose conspiracy-of-

8 silence, did not demonstrate courage to prevent and put an stop to the violations.

9    -These acts have been committed in violation of USA Constitution, laws and statutes,

10 (as 42 U.S.C. §1986/ 18 U.S.C. §241-et seq.), and International Laws.

11    Therefore, Defendants are liable for the damages inflicted.

12 //

13
14
15
16

***Twenty-Ninth Cause of Action, under***
***Corporate Imposed***
***Physical-Mental-Emotional-Psychological-Financial Tortures,***
***(18 U.S.C. §2340):***

17    Defendants corporate officials are nationals of, or live in and are present in the

18 United States of America, who with plan and designed policies, harmonized and coordinated

19 operations sadistically subjected Plaintiff to physical-mental-emotional-psychological-financial

20 tortures for his opposition to corruption, thieveries, stealing/ defrauding federal-state-county

21 public-funds, and for his national-origin/ Iranian, religion/Muslim, race/Middle-Eastern;

22    -they used/ abused their financial powers and institutions available to them, by hostile

23 coercive manipulation destroying Plaintiff's remaining life; denied Plaintiff daily need and

24 necessity for a place to live, interfered with his mind, physical and mental emotions, and needs.

25    -Defendants' intentional and willful violations of criminal statutes and Plaintiff's rights

26 embodied policy of Torture created Criminal as well as Civil Causes of Actions;

27    -Defendants acts are in violation of USA laws, Prohibition of Torture, 18 U.S.C. §2340,

28 inflicted great damages in the past and reasonably certain to sustain in future upon Plaintiff;

29    -so, Defendants, (and their spouses, children, heirs, administrators, etc.), in their private

30 capacities are liable for the damages inflicted.

31 //

*(Parviz Karim-Panahi –v.- Landlords/ Apartment Property Managers, et al)*

| | |
|---|---|
| 1 | ***Thirtieth Cause of Action, under*** |
| 2 | ***Corporate-Sponsored Terrorism, Hostage Taking;*** |
| 3 | ***(18 U.S.C. §§921, 2331, 3071, et seq.):*** |
| 4 | Defendants' operations, violations and crimes as set forth committed against |
| 5 | Plaintiff were committed with their financial powers hiring security with firearms, created and |
| 6 | are intended to create domestic and international TERROR and HORROR to prevent any |
| 7 | objection to their corruption and prevention of 'freedom, democracy and justice', and to |
| 8 | thieveries, racketeering, defrauding public-funds opposed by Plaintiff. |
| 9 | -Defendants' intentional and willful violations of criminal statutes and Plaintiff's rights |
| 10 | embodied policy of Terror created Criminal as well as Civil Causes of Actions; |
| 11 | -Defendants Terrorism operations are committed in violation of International laws, |
| 12 | USA Constitution, laws and statutes, (as 18 U.S.C. §§921, 2331, 3071, et-seq.); |
| 13 | -therefore Defendants are liable for the damages inflicted. |
| 14 | // |
| 15 | ***Thirty-First Cause of Action, under*** |
| 16 | ***Racketeer Influenced and Corrupt Operations/ Organizations*** |
| 17 | ***(18 U.S.C. §§ 1961-8, et seq.):*** |
| 18 | All of the alleged violations have been committed and executed under direct |
| 19 | covert and overt plans, designs, policies, operations and control of defendants housing |
| 20 | providers as "**Enterprise**", with their owners/ landlords as "**Principals**", committed in |
| 21 | collaboration with and help of their instrumentalities, other named Defendants, operating as |
| 22 | ***"Organized-Crime-Syndicates"*** with ***"Pattern of Racketeering Activity"*** evidenced by |
| 23 | above set forth facts and Plaintiff's previous legal actions on Defendants credit reporting |
| 24 | agencies' operations, committed all over country protected by abuse of their financial powers. |
| 25 | -Defendants' intentional and willful violations of criminal statutes and Plaintiff's rights |
| 26 | embodied policy of Racketeering/ RICO, created Criminal as well as Civil Causes of Actions; |
| 27 | -They are committed in violation of the United States Constitution and laws and |
| 28 | statutes, (as 18 U.S.C. §§1961-8), therefore Defendants are responsible for damages inflicted. |
| 29 | // |
| 30 | |

1
2
3

***Thirty-Second Cause of Action, under***
***Blacklisting, as Premeditated Plan To Kill/ Commit Murder; also***
***Violation of Universal Declaration of Human Rights:***

4      It is a principle, that home is considered foundation of individuals' life.

5   The most savage and cruelest torture to be imposed is to prevent living in own home and

6   blacklisting which result in automatic destruction of property, profession, family and life.

7      -With utmost cowardice acts of sadistic maniac operations defendants have subjected

8   plaintiff to pervasive blacklisting in even renting an apartment unit to live, which are

9   constructive and actual premeditated conspiracy to kill and commit murder;

10      therefore Defendants are responsible for damages inflicted. //

11

12                                      **B)-**

13                        <u>**CRIMINAL CAUSES of ACTIONS:**</u>

14      Considering that it is the responsibility of the United States Department of

15   Justice/ US-DOJ and its United States Attorneys (and of the District of Columbia), to prosecute

16   the Criminal violations; so

17      -it is requested that the court issue an Order referring this Complaint to the above

18   agencies for appropriate action and prosecution.

19   If they refrain, plaintiff request the leave of court to proceed with the defendants criminal

20   prosecution.

21   //

22

### *REQUEST JUDGEMENT/ PRAYERS/ DAMAGES:*

WHEREFORE, Plaintiff, PARVIZ KARIM-PANAHI, in *Pro Se*,

-REQUESTS and seeks JUDGMENT, for each and every of the **Causes of Actions of the Civil and Criminal Complaint** as set above against these sadistic, maniac, racists and greedy Defendants, and each of them, individually and collectively, as agents, consultants, and instrumentalities of each other and other Defendants, abusing their monetary powers conspiring in protecting their racketeering, discriminatory and unlawful activities; and

-to STOP and PUT an END to the pervasive vicious-cycle of Defendants' operations against this Plaintiff, his properties, educations, professions, career, family and life; and

PRAYS for and is entitled to at least the follows:

A)- GRANT Injunctive Relief and Declaratory Judgment as to Plaintiff, as:

1- Enter immediate permanent **"Restrain & Injunction"**, Ordering the Defendants to Refrain from:

1-1.- Continuing abuse of their monetary powers, intelligence gathering and compiling false and fabricated information without real research on their truthfulness through their so-called credit-reporting, as on the false fabricated California State Franchise Tax Board, (and/or IRS), even disregarding the Social Security Administration data, in order to command to create atmosphere of horror, terror, abuse and uncivilized conditions against the lives of innocent people, families, children and olds, as this 78-years old Plaintiff, for being opposed to corruption, stealing and defrauding HUD's and other public-funds, racketeering, extortion, and for his ethnicity, national-origin, race, religion, ideas, believes, while compiling money from governmental public-funds and Tax-credits:

1.1a- to continue conspiracy to impose Red-Lining in residential areas of their properties in Washington, District of Columbia North West/ NW areas ; and

1.1b- to commit actual physical-mental-emotional-psychological-financial tortures; and

1.1c- to continue to destroy plaintiff's credit; and

1.1d- to continue blacklisting in renting housing/ apartment by fabricating insufficient income, whereas rent is subsidized by HUD Section-8; and

1          1.1e- to continue to retaliate and deny housing/ renting apartment in retaliation for

2 exercise of freedom of speech and first amendment;  and

3          1.1.f- to discriminate, retaliate, blacklist, deny equal access to housing, renting; and

4          1.1g- to destroy credit, properties, educations, professions, reputation, good-name,

5 career and life, in performance of the above violating acts; and

6          1.1g- to continue to commit violations, while compiling money from HUD's and other

7 governmental public-funds, Tax-credits, Tax-Exemptions;  ...............

8          1-2.- Continuing to use/ abuse the states and political governmental apparatus and

9 instrumentalities,  (as District of Columbia Housing Authority/ DCHA and HUD), in taking

10 any further discriminatory and retaliatory actions against Plaintiff in any form and shape,

11 from fabricating credit reports, lack of sufficient income to pay rent, while subjecting to

12 blacklisting and discriminations to deny housing;  or otherwise,

13 interfering with the privacy and quiet enjoyment of property, educations and life, because of

14 above mentioned standing indicated in the above sections; and

15          1-3.- Continuing abusing their corporate monetary powers, to retaliate for seeking

16 judicial decision, retaliating for exercise of first amendment for administration of justice; and

17          -many more to be set at the time of trial.

18

19          2- Issue DECLARATORY-JUDGMENT that the practices, customs and

20 policies of the Defendants relative to:

21          2a- using/ abusing their monetary powers and real estate/ apartment buildings

22 ownership, and powers of their credit reporting/ fabricating agencies, in support of fraudulent

23 criminal, corrupt racketeering operations; and

24          2b- retaliating and reprisal against persons, as Plaintiff, who oppose unlawful, illegal,

25 and improper corrupt racketeering activities; and

26          2c- harassing, threatening, unlawfully by fabricating and/or manipulating credit history

27 to deny fair housing to Plaintiff; and

28          2d- physical-mental-emotional-psychological-financial tortures, as of Plaintiff; and

1      2e- retaliating, taking reprisal action, retaliations, denials of equal application of law, as

2 to Plaintiff, because of national origin, race, religion, political views, opposition to corruptions;

3      2f- denials of exercise of first amendment seeking administration of justice, to people as

4 Plaintiff; and

5      2g- ……..many more:

6      2.1- Violates spirit of the United States of America and States, as District of Columbia,

7 Laws, Statutes, Constitutions and theirs Amendments; and

8      2.2- Violates spirit of International Laws, United Nations Chapters, Universal

9 Declaration of Human Rights of Man and Mankind, International Convention of Civil and

10 Political Rights, Convention on Prevention and Punishment of the Crime of Genocide,

11 International Convention on the Elimination of All Forms of Racial Discrimination, United

12 Nations Declaration on Protection of All Persons from being subjected to Tortures and other

13 Cruel, Inhuman or Degrading Treatment or Punishment, and  United Nations Declaration on

14 the Elimination of all Forms of Intolerance & Discrimination Based on Religion or Belief. and

15      2.3- Violates spirit of International intention in demolishing corruptions and

16 discriminatory practices, that every acts and contracting/ hiring/ housing to be based on

17 merits, but not national origin, race, religion, political standing, and relations; and

18      2.4-Violates spirit and function of legislative-governmental-judicial powers/ authorities;

19      2.5- Are Racketeering and criminal acts and crimes against humanity.

20

21      B)- GRANT Plaintiff such General, Actual, Compensative and Special Damages,

22 a minimum amount of one million dollars/ ($1,000,000.00) for each and every Cause of Action,

23 against each and every Defendants, individually and collectively, for Defendants' intention to

24 harm/ murder, and destruct Plaintiff's properties, invested-educational value, character,

25 reputation, life, family, and for imposing physical, mental, emotional and financial tortures.

26

27      C)- GRANT Plaintiff PUNITIVE and EXEMPLARY Damages in the amount of

28 one million dollars, ($1,000,000.00), against Defendants, each of them for each cause of action.

1

2          D)- AWARD to the Plaintiff costs and disbursement herein, as well as reasonable

3   attorney's fees, (in this case *Pro-se's* invested-valued time, based on his educations and

4   capabilities, living expenses, and other efforts), for prosecution of the action.

5

6          E)- AWARD such other and further relief, as the Court sees equitable and just

7   to compensate for the malice, viciousness, conspiracy, and extend of the damages inflicted by

8   the Defendants and their instrumentalities.

9   //

10              *REQUEST FOR JURY TRIAL:*

11          Plaintiff, PARVIZ KARIM-PANAHI, in *pro-se*,

12   Hereby endorses his REQUEST for Trial by Jury of his peers, not to be threatened,

13   intimidated, influenced, coerced, and not benefited and/or to be beneficiary of the Defendants'

14   racketeering and other operations as set above, in the past and/or future,

15   for all the triable issues.

16   //

17   Dated:   November ~~09,~~ 2016,
                      *30*

18          *December 29, 2016*          RESPECTFULLY SUBMITTED,

19                                        Plaintiff, in *Pro Se*,

20

21

22                                        PARVIZ KARIM-PANAHI

23

24

25   *Attached:*     *A-1-/ 1, 2 & 3, A-2-, A-3-, A-4-, A-5-, A-6-/1 & 2,  (9-pgs.).*

26

27

28

*(Parviz Karim-Panahi –v.-  Landlords/ Property Management Companies,,  et al.)*